# United States District Court

### CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| CHEMTREAT, INC. a Virginia corporation, )<br><br>Plaintiff, )<br><br>v. )<br> )<br>GREGORY P. KINSMAN, and MICHELLE M. )<br>KINSMAN, individually and d/b/a REMA )<br>CHEMICALS. )<br> )<br>Defendants. ) | Case No. 05 CV 1336 |

TO:   Michelle M. Kinsman, individually and d/b/a REMA Chemicals
      19493 1250 North Avenue
      Princeton, IL 61365

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this court and serve upon:

| Plaintiff's Attorney (name and address) | Defendant's Attorney (name and address) |
|---|---|
| Andrew D. Cassidy<br>Cassidy & Mueller<br>416 Main Street, Suite 323<br>Peoria, Illinois 61602<br>309/676-0591 | |

an answer to the complaint which is herewith served upon you within 20 days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against *you* in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

/s/ John M. Waters                         11/2/05
CLERK                                      DATE

/s/ K. Burns
(By) DEPUTY CLERK

# United States District Court

CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| CHEMTREAT, INC. a Virginia corporation, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 05 CV 1336 |
| GREGORY P. KINSMAN, and MICHELLE M. ) | |
| KINSMAN, individually and d/b/a REMA ) | |
| CHEMICALS. ) | |
| ) | |
| Defendants. ) | |

TO:   Gregory P. Kinsman
      19493 1250 North Avenue
      Princeton, IL 61365

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this court and serve upon:

| Plaintiff's Attorney (name and address) | Defendant's Attorney (name and address) |
|---|---|
| Andrew D. Cassidy<br>Cassidy & Mueller<br>416 Main Street, Suite 323<br>Peoria, Illinois 61602<br>309/676-0591 | |

an answer to the complaint which is herewith served upon you within 20 days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against *you* in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

/s/ John M Waters
_____
CLERK

11/2/05
_____
DATE

/s/ K. Burns
_____
(By) DEPUTY CLERK