**E-FILED**
Tuesday, 08 November, 2005  10:07:41 AM
Clerk, U.S. District Court, ILCD

U.S. DISTRICT COURT
FOR CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| CHEMTREAT, INC., a Virginia corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.  05 CV 1336 |
| GREGORY P. KINSMAN, and MICHELLE M. KINSMAN, individually and d/b/a REMA CHEMICALS. | ) ) ) ) | |
| Defendants. | ) ) | |

### NOTICE OF HEARING

TO:    Kevin Wolfe
       Harvey & Stuckel
       331 Fulton, Ste. 650
       Peoria, IL 61602

PLEASE TAKE NOTICE that a hearing on Plaintiff's Petition for Temporary Restraining Order in the above cause has been set for hearing on November 9, 2005 at 11:00 a.m., before the Honorable Joe Billy McDade, or one of the presiding judges at the Federal Courthouse, located in Peoria, Illinois, at which time and place you may appear if you so desire.

CASSIDY & MUELLER

By: s/  Andrew D. CASSIDY
       Attorneys for the Plaintiff,
       CHEMTREAT, INC., a Virginia corporation

Andrew D. Cassidy
CASSIDY & MUELLER
323 Commerce Bank Bldg.
416 Main Street
Peoria, Illinois 61602

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kevin Wolfe                jkwolfe@hslaw.us

s/     ANDREW D. CASSIDY
CASSIDY & MUELLER
416 Main Street, Suite 323
Peoria, IL 61602
Telephone: 309/676-0591
Fax: 309/676-8036
E-mail: dcassidy@cassidymueller.com

2