## U.S. DISTRICT COURT
## FOR CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| CHEMTREAT, INC., a Virginia corporation, ) | |
| Plaintiff, ) | |
| v. ) | Case No.: 05-CV-1336 |
| GREGORY P. KINSMAN and MICHELLE M. KINSMAN, individually and d/b/a RHEMA ELPIS ENTERPRISES, LLC, ) | |
| Defendant. ) | |

## ENTRY OF APPEARANCE

Now comes J. KEVIN WOLFE of the law firm of HARVEY & STUCKEL, CHTD., and hereby enters his appearance in the above-captioned case on behalf of the Defendant, **Gregory P. Kinsman, and Michelle M. Kinsman, individually and d/b/a Rhema Elpis Enterprises, LLC, wrongfully sued as Rema Chemicals**.

Respectfully submitted,

HARVEY & STUCKEL, CHTD.,

BY:    s/ J. Kevin Wolfe
         J. Kevin Wolfe

J. Kevin Wolfe, Esq.
**HARVEY & STUCKEL, Chtd.**
331 Fulton Street, Suite 650
Peoria, IL  61602
Telephone: (309) 671-4900
Facsimile: (309) 671-5473