E-FILED
Wednesday, 09 November, 2005  10:43:12 AM
Clerk, U.S. District Court, ILCD

## U.S. DISTRICT COURT
## FOR CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| CHEMTREAT, INC., a Virginia corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: 05-CV-1336 |
| | ) |
| GREGORY P. KINSMAN, and MICHELLE M. KINSMAN, individually and d/b/a RHEMA ELPIS ENTERPRISES, LLC, | ) ) ) ) |
| | ) |
| Defendant. | ) |

## ANSWER TO PLAINTIFF'S COMPLAINT

**Now Comes, Gregory P. Kinsman and Michelle M. Kinsman, individually and d/b/a Rhema Elpis Enterprises, LLC**, **wrongfully sued as Rema Chemicals**, Defendants, and for their Answer to the Complaint of Plaintiff, **Chemtreat, Inc.**, states as follows:

### COUNT I
### (BREACH OF CONTRACT)

1. Defendant admits Plaintiff is a Virginia corporation. Defendant admits that individually they are residents of the State of Illinois. Defendant denies the remaining allegations of paragraph 1.

2. Defendant admits the allegations of paragraph 2.

3. Defendant admits that he was an employee of Chemtreat and denies remaining allegations of paragraph 3.

4. The Employment Agreement referred to in paragraph 4 speaks for itself; to the extent that subparagraphs (a) through (e) state legal conclusions and are not supported by facts, they are denied.

5. Defendant denies the allegations of paragraph 5 and each subparagraph (a) through (g) contained therein.

6. Defendant denies the allegations of paragraph 6.

7. Defendant denies the allegations of paragraph 7.

8. Defendant denies the allegations of paragraph 8.

**Wherefore,** Defendant, **Gregory P. Kinsman**, prays for judgment in his favor and for recovery of his costs and fees in this action.

DEFENDANT DEMANDS TRIAL BY JURY

<u>**COUNT II**</u>

**(INTENTIONAL INTERFERENCE WITH BUSINESS RELATIONSHIPS)**

1-5. Defendant repeats and realleges its answer to paragraph 1-5 of Count I as its answer to paragraph 1-5 of Count II.

6. Defendant denies the allegations of paragraph 6.

7. Defendant denies the allegations of paragraph 7.

8. Defendant denies the allegations of paragraph 8.

9. Defendant denies the allegations of paragraph 9.

10. Defendant denies the allegations of paragraph 10.

**Wherefore**, Defendant, **Gregory P. Kinsman**, prays for judgment in his favor and for his costs and fees in this action.

DEFENDANT DEMANDS TRIAL BY JURY.

<u>**COUNT III**</u>

**(BREACH OF FIDUCIARY OBLIGATION - DAMAGES)**

1-5. Defendant repeats and realleges his answer to paragraphs 1-5 of Count I as and for his answers to paragraphs 1-5 of Count III herein.

6. Defendant denies the allegations of paragraph 6.

7. Defendant denies the allegations of paragraph 7.

8. Defendant denies the allegations of paragraph 8.

9. Defendant denies the allegations of paragraph 9.

**Wherefore**, Defendant, **Gregory P. Kinsman**, prays for judgment in his favor and for his costs and fees in this action.

DEFENDANT DEMANDS TRIAL BY JURY.

## COUNT IV

**(BREACH OF FIDUCIARY OBLIGATION - CONSTRUCTIVE TRUST AND INJUNCTIVE RELIEF)**

1-5.   Defendant repeats and realleges his answer to paragraphs 1-5 of Count I as and for his answer to paragraphs 1-5 of Count IV herein.

6-9.   Defendant repeats and realleges his answer to paragraphs 6-9 of Count III as and for his answer to paragraphs 6-9 of Count IV herein.

**Wherefore**, Defendant, **Gregory P. Kinsman**, prays that the Court deny the relief requested in Count IV and for such further relief as the Court deems just and necessary.

DEFENDANT DEMANDS TRIAL BY JURY.

## COUNT V

**(TEMPORARY AND PERMANENT INJUNCTIVE RELIEF)**

1-5.   Defendant, **Gregory P. Kinsman**, repeats and realleges his answer to paragraphs 1-5 of Count I as and for his answer to paragraphs 1-5 of Count V herein.

6.   Defendant states that the trade secrets and confidentiality agreement speak for themselves.  To the extent paragraph 6 is alleging any breach thereof or responsibility of Defendant for any breach thereof it is denied.

7.   Defendant states that the trade secrets and confidentiality agreement speak for themselves.  To the extent paragraph 7 is alleging any breach thereof or responsibility of Defendant for any breach thereof it is denied.

8.   Defendant denies the allegations of paragraph 8.

9.   Defendant denies the allegations of paragraph 9.

10.   Defendant denies the allegations of paragraph 10.

DEFENDANT DEMANDS TRIAL BY JURY.

**Wherefore**, Defendant, **Gregory P. Kinsman**, prays that the Court deny the relief requested in Count V and for such further relief as the Court deems just and necessary.

## COUNT VI
### (INTENTIONAL INTERFERENCE WITH CONTRACT)

1-5. Defendant, **Michelle Kinsman**, repeats and realleges the answer to paragraphs 1-5 of Count I as and for her answer to paragraphs 1-5 of Count VI herein.

6. Defendant denies the allegations of paragraph 6.

7. Defendant denies the allegations of paragraph 7.

8. Defendant denies the allegations of paragraph 8.

9. Defendant denies the allegations of paragraph 9.

**Wherefore,** Defendant, **Michelle Kinsman**, prays for judgment in her favor and for her costs and fees in this action.

DEFENDANT DEMANDS TRIAL BY JURY.

## COUNT VII
### (AIDING AND ABETTING INTERFERENCE WITH BUSINESS RELATIONSHIPS)

1-10. Defendant, **Michelle Kinsman**, repeats and realleges the answer to paragraphs 1-10 of Count II as and for her answer to paragraphs 1-10 of Count VII herein.

11. Defendant denies the allegations of paragraph 11.

12. Defendant denies the allegations of paragraph 12.

**Wherefore**, Defendant, **Michelle Kinsman**, prays for judgment in her favor and for her costs and fees in this action.

DEFENDANT DEMANDS TRIAL BY JURY.

4

## COUNT VIII

### (AIDING AND ABETTING BREACH OF FIDUCIARY OBLIGATION)

1-9.    Defendant, **Michelle Kinsman**, repeats and realleges the answer to paragraphs 1-9 of Count III as and for her answer to paragraphs 1-9 of Count VIII herein.

10.    Defendant denies the allegations of paragraph 10.

11.    Defendant denies the allegations of paragraph 11.

**Wherefore**, Defendant, **Michelle Kinsman**, prays for judgment in her favor and for her costs and fees in this action.

DEFENDANT DEMANDS TRIAL BY JURY.

## COUNT IX

### (AIDING AND ABETTING BREACH OF FIDUCIARY OBLIGATION - CONSTRUCTIVE TRUST AND INJUNCTIVE RELIEF)

1-8.    Defendant, **Michelle Kinsman**, repeats and realleges the answer to paragraphs 1-8 of Count IV as and for her answer to paragraphs 1-8 of Count IX herein.

9.    Defendant denies the allegations of paragraph 9.

11.    Defendant denies the allegations of paragraph 11.

12.    Defendant denies the allegations of paragraph 12.

**Wherefore**, Defendant, **Michelle Kinsman**, prays for judgment in her favor and for her costs and fees in this action.

DEFENDANT DEMANDS TRIAL BY JURY.

## AFFIRMATIVE MATTERS

Pursuant to Federal Rules of Civil Procedure Section 12(b)(6), Defendant would affirmatively state that Plaintiff has failed to state a cause of action for which relief may be granted.

**Gregory P. Kinsman, Michelle M. Kinsman, individually and d/b/a Rhema Elpis Enterprises, LLC**, Defendants

By: <u>    s/ J. Kevin Wolfe    </u>

J. Kevin Wolfe
**HARVEY & STUCKEL, CHTD.**
331 Fulton Street, Suite 650
Peoria, IL 61602
Telephone:   (309) 671-4900
Facsimile:    (309) 671-5473