**E-FILED**
Wednesday, 09 November, 2005  01:37:24 PM
Clerk, U.S. District Court, ILCD

U.S. DISTRICT COURT
FOR CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| CHEMTREAT, INC. a Virginia corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.  05 CV 1336 |
| GREGORY P. KINSMAN, and MICHELLE M. KINSMAN, individually and d/b/a RHEMA ELPIS ENTERPRISE, LLC, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## TEMPORARY RESTRAINING ORDER
## AGAINST GREGORY P. KINSMAN

This matter comes on for hearing on Plaintiff's Motion for Temporary Restraining Order, notice having been give, all parties present by counsel and the Court being fully advised, make the following findings:

1.    That is has jurisdiction over the subject matter and the parties;

2.    That the Plaintiff possesses a clear right or interest needing immediate protection;

3.    That absent immediate protection, Plaintiff will suffer immediate and irreparable harm including potentially substantial, but difficult to calculate financial losses, loss of proprietary product information and damage to its corporate reputation and good will; and

4.    There exists a likelihood of success on the merits of Plaintiff's cause of action against GREGORY P. KINSMAN.

IT IS THEREFORE ORDERED that GREGORY P. KINSMAN is hereby enjoined from:

a.    Soliciting, calling upon, communicating with, entering into any sales or servicing agreements with, or attempting to communicate with any person or entity that is or was a customer of CHEMTREAT (or any representative of such person or entity) with whom Defendant, GREGORY P. KINSMAN, had any contact, communication, or for which he had supervisory, sales or service

1:05-cv-01336-JBM-JAG     # 11     Page 2 of 4

responsibility during any of the eighteen (18) consecutive calendar months preceding his termination of employment with CHEMTREAT for the purpose of selling, offering for sale, influencing the purchase of, or otherwise providing any product, service or equipment competitive with any product, service or equipment sold, offered for sale, provided or under development by CHEMTREAT, either for his own benefit or on behalf of any other person or entity;

b.      Soliciting, calling upon, communicating with, entering into any sales or servicing agreements with, or attempting to communicate with any person or entity (a representative of such entity) for which Defendant, GREGORY P. KINSMAN, performed or participated in a survey or written proposal during the twelve (12) consecutive calendar months preceding his termination of employment with CHEMTREAT for the purpose of selling, offering for sale, influencing the purchase of, or otherwise providing any product, service or equipment competitive with any product, service or equipment sold, offered for sale, provided or under development by CHEMTREAT, either for his own benefit or on behalf of any other person or entity;

c.      Disclosing to any persons or entities any information relating to inventions, products, product specification, processes, procedures, prices, discounts, manufacturing costs, business affairs, future plans, technical data, customer lists, product formulations, marketing techniques and cost data received or learned by him during his course of GREGORY P. KINSMAN'S employment with CHEMTREAT;

d.      Engaging in any business or other endeavor in competition with CHEMTREAT.

This Temporary Restraining Order shall become effective immediately upon Plaintiffs posting of a security bond in the amount of $100.00 in accordance with FRCP 65.1 and shall remain in effect until December 15, 2005 at 1:00 p.m. unless otherwise modified by Order of this Court.

A hearing on Plaintiff's Petition for Preliminary Injunction is set for 1:00 p.m. on the 15th day of December, 2005 before the Honorable Joe Billy McDade at the Federal Courthouse, located in Peoria, Illinois.

Approved as to form.

By: s/ Andrew D. Cassidy
    CASSIDY & MUELLER
    416 Main Street, Suite 323
    Peoria, IL 61602
    Telephone: 309/676-0591
    Fax: 309/676-8036
    E-mail: dcassidy@cassidymueller.com


By: s/ J. Kevin Wolfe, Esq.
    Harvey & Stuckel, Chtd.
    331 Fulton, Ste. 650
    Peoria, IL 61602
    Telephone: 309/671-4900
    Fax: 309/671-5473
    E-mail: jkwolfe@hslaw.us


Date: _____

_____
Judge

3

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on November 9, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kevin Wolfe                                  jkwolfe@hslaw.us

By: s/ANDREW D. CASSIDY
CASSIDY & MUELLER
416 Main Street, Suite 323
Peoria, IL 61602
Telephone: 309/676-0591
Fax: 309/676-8036
E-mail: dcassidy@cassidymueller.com