U.S. DISTRICT COURT
FOR CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| CHEMTREAT, INC., a Virginia corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: 05-CV-1336 ) |
| GREGORY P. KINSMAN, and MICHELLE M. KINSMAN, individually and d/b/a RHEMA ELPIS ENTERPRISES, LLC, | ) ) ) ) ) ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I certify that on November 9, 2005, I electronically filed the Entry of Appearance, Answer to Plaintiff's Complaint and Defendant's Response to Motion for Temporary Restraining Order with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Andrew D. Cassidy    dcassidy@cassidymueller.com


            s/ J. Kevin Wolfe


J. Kevin Wolfe
**HARVEY & STUCKEL, CHTD.**
331 Fulton Street, Suite 650
Peoria, IL 61602
Telephone:   (309) 671-4900
Facsimile:   (309) 671-5473
E-mail:      jkwolfe@hslaw.us

F:\Miranda\MI\15844\Certificate.Service.wpd