U.S. DISTRICT COURT
FOR CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

**FILED**

NOV 1 5 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CHEMTREAT, INC., a Virginia corporation, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Case No. 05 CV 1336 |
| GREGORY P. KINSMAN and MICHELLE M. KINSMAN, individually and d/b/a RHEMA ELPIS ENTERPRISE, LLC, | ) ) ) ) ) |
| Defendants. | ) |

### BOND ON TEMPORARY RESTRAINING ORDER

KNOW ALL MEN BY THESE PRESENTS, that, CHEMTREAT, INC. a Virginia corporation, hereby binds itself unto, GREGORY P. KINSMAN, MICHELLE M. KINSMAN and RHEMA ELPIS ENTERPRISE, LLC, their directors, officers, agents, servants, employees and attorneys and all persons in possession of property in which any of the defendants has an interest, and all persons acting in concert or participation with any of the foregoing who receive actual notice of this Order by personal service or otherwise, in the sum of One Hundred Dollars ($100.00) lawful money of the United States, to be paid to the above said Defendants and other named persons or parties, their heirs, executors, administrators, assigns and successors, to which payment we do bind ourselves and our successors and assigns, jointly and severally by these presents in the event that the Court awards the Defendants damages and/or costs as a result of a wrongful entry of the Temporary Restraining Order.

Signed with our seal and dated this ____10TH____ day of __November__, 2005.

WHEREAS, CHEMTREAT, INC. a Virginia corporation, Plaintiff in the above entitled cause, has filed a Complaint against the above-named Defendants where Plaintiff has moved for a Temporary Restraining Order against said Defendants to restrain them as more particularly set forth in said Motion, and said Temporary Restraining Order was duly granted by the Court upon Plaintiffs giving bond in the above-stated amount.

NOW, THEREFORE, CHEMTREAT, INC. a Virginia corporation if the above-bounded shall pay or cause to be paid to the Defendants herein all costs and damages as shall be awarded against CHEMTREAT, INC. a Virginia corporation in case the said Temporary Restraining Order be dissolved for being wrongfully entered, then the above obligation is to be void; otherwise same shall be and remain in full force and effect.

IN WITNESS WHEREOF, the parties have hereunto set their hands and seals this day and year first above written.

CHEMTREAT, INC. a Virginia corporation

*R. Azzarello*
Its Duly Authorized Agent

#716605 v1    017255.02247