E-FILED
Monday, 21 November, 2005  01:11:21 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

FILED
NOV 1 7 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CHEMTREAT, INC. a Virginia Corporation, )
COMPANY, )
                     Plaintiff, )
vs. ) Case No. 05-CV-1336
   )
GREGORY P. KINSMAN and MICHELLE M. )
KINSMAN, individually and d/b/a REM )
CHEMICALS, )
                     Defendant. )

## AFFIDAVIT OF SPECIAL PROCESS SERVER

1.    Steven V. Sloan, a licensed Private Investigator, LIC # 0115-001397, being duly sworn upon oath, deposes and says that he is a citizen of the United States of America, an adult over the age of eighteen.

2.    That he served **MICHELLE KINSMAN**, by personally delivering a copy of the foregoing *Summons and Complaint* to her, a person based upon his investigation to be Sex _F_, Race _W_, Approximate Age _40's_, on the 8th day of November, 2005, at the hour of 4:40 P.M.

3.    That he effectuated this Service at: 19493  1250 North Avenue, Princeton, IL 61356.

4.    The fee for service and return is $ 50.00 to serve process.

FURTHER THE AFFIANT SAYS NOT.

Subscribed and Sworn to
before me this 8th day
of November, 2005.

_Jill A Sloan_
Notary Public

OFFICIAL SEAL
JILL A SLOAN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 06-26-07

# United States District Court

CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| CHEMTREAT, INC. a Virginia corporation,<br><br>            Plaintiff,<br><br>v.<br><br>GREGORY P. KINSMAN, and MICHELLE M. KINSMAN, individually and d/b/a REMA CHEMICALS.<br><br>            Defendants. | Case No. 05 CV 1336 |

TO:    Michelle M. Kinsman, individually and d/b/a REMA Chemicals
          19493 1250 North Avenue
          Princeton, IL 61365

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this court and serve upon:

| Plaintiff's Attorney (name and address) | Defendant's Attorney (name and address) |
|---|---|
| Andrew D. Cassidy<br>Cassidy & Mueller<br>416 Main Street, Suite 323<br>Peoria, Illinois 61602<br>309/676-0591 | |

an answer to the complaint which is herewith served upon you within 20 days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against *you* in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

s/ John M. Waters
CLERK

11/2/05
DATE

s/ K. Burns
(By) DEPUTY CLERK