E-FILED
Friday, 02 December, 2005  04:03:25 PM
Clerk, U.S. District Court, ILCD

U.S. DISTRICT COURT
FOR CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| CHEMTREAT, INC. a Virginia corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 05 CV 1336 |
| GREGORY P. KINSMAN, and MICHELLE M. KINSMAN, individually and d/b/a REMA CHEMICALS. | ) ) ) ) ) | |
| Defendants. | ) | |

## AGREED ORDER

By agreement of the parties, in lieu of an evidentiary hearing on Plaintiff's Motion for Preliminary Injunction, the Temporary Restraining Orders issued herein on November 9, 2005 against MICHELLE M. KINSMAN, individually and D/B/A RHEMA ELPIS ENTERPRISE, LLC, and against GREGORY P. KINSMAN, shall be, and the same hereby are, converted, verbatim to preliminary injunctions to remain in full force and effect in all respects during the pendency of this matter or until further order of this Court.

By: s/ Andrew D. Cassidy  
    Cassidy & Mueller  
    416 Main Street, Suite 323  
    Peoria, IL 61602  
    Telephone: 309/676-0591  
    Fax: 309/676-8036  
    E-mail: dcassidy@cassidymueller.com

By: s/ J. Kevin Wolfe, Esq.  
    Harvey & Stuckel, Chtd.  
    331 Fulton, Ste. 650  
    Peoria, IL 61602  
    Telephone: 309/671-4900  
    Fax: 309/671-5473  
    E-mail: jkwolfe@hslaw.us

Date: _____

_____  
Judge

## **CERTIFICATE OF SERVICE**

  I hereby certify that on December 2, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

J. Kevin Wolfe        jkwolfe@hslaw.us

                 By: s/ANDREW D. CASSIDY
                   CASSIDY & MUELLER
                   416 Main Street, Suite 323
                   Peoria, IL 61602
                   Telephone: 309/676-0591
                   Fax: 309/676-8036
              E-mail: dcassidy@cassidymueller.com