E-FILED
Friday, 09 December, 2005  10:39:07 AM
Clerk, U.S. District Court, ILCD

U.S. DISTRICT COURT
FOR CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

**FILED**

DEC - 8 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CHEMTREAT, INC. a Virginia corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 05 CV 1336 |
| GREGORY P. KINSMAN, and MICHELLE M. KINSMAN, individually and d/b/a REMA CHEMICALS. | ) ) ) ) ) |
| Defendants. | ) |

## AGREED ORDER

By agreement of the parties, in lieu of an evidentiary hearing on Plaintiff's Motion for Preliminary Injunction, the Temporary Restraining Orders issued herein on November 9, 2005 against MICHELLE M. KINSMAN, individually and D/B/A RHEMA ELPIS ENTERPRISE, LLC, and against GREGORY P. KINSMAN, shall be, and the same hereby are, converted, verbatim to preliminary injunctions to remain in full force and effect in all respects during the pendency of this matter or until further order of this Court.

By: s/ Andrew D. Cassidy
  Cassidy & Mueller
  416 Main Street, Suite 323
  Peoria, IL 61602
  Telephone: 309/676-0591
  Fax: 309/676-8036
  E-mail: dcassidy@cassidymueller.com

By: s/ J. Kevin Wolfe, Esq.
  Harvey & Stuckel, Chtd.
  331 Fulton, Ste. 650
  Peoria, IL 61602
  Telephone: 309/671-4900
  Fax: 309/671-5473
  E-mail: jkwolfe@hslaw.us

Date: 12/8/05

s/Judge Joe B. McDade
  Judge