U.S. DISTRICT COURT
FOR CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| CHEMTREAT, INC., a Virginia corporation, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GREGORY P. KINSMAN, and )<br>MICHELLE M. KINSMAN, individually )<br>and d/b/a RHEMA ELPIS )<br>ENTERPRISES, LLC, )<br>)<br>Defendant. ) | Case No.: 05-CV-1336 |

## CERTIFICATE OF SERVICE

NOW COMES the Plaintiff, **Chemtreat, Inc.**, a Virginia corporation, by its attorneys, Harvey & Stuckel, Chtd., certifies that Plaintiff has this date served upon Defendant, **Gregory P. Kinsman, individually and d/b/a Rhema Elpis Enterprises, LLC**, the following discovery:

ANSWERS TO INTERROGATORIES
RESPONSE TO REQUEST TO PRODUCE

Dated: January 30, 2006                    **Chemtreat, Inc.**, Plaintiff

                                By:  s/ J. Kevin Wolfe
                                        J. KEVIN WOLFE

**HARVEY & STUCKEL, CHTD.**
331 Fulton Street, Suite 650
Peoria, Illinois 61602
Telephone: (309) 671-4900
Facsimile: (309) 671-5473

F:\Miranda\MI\15844\Cert.of.Serv.RRTP.Greg.wpd