**E-FILED**
Monday, 30 January, 2006  03:57:32 PM
Clerk, U.S. District Court, ILCD

## U.S. DISTRICT COURT
## FOR CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | | |
|---|---|---|
| CHEMTREAT, INC., a Virginia corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: 05-CV-1336 |
| GREGORY P. KINSMAN, and MICHELLE M. KINSMAN, individually and d/b/a RHEMA ELPIS ENTERPRISES, LLC, | ) ) ) ) ) ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

NOW COMES the Plaintiff, **Chemtreat, Inc.**, a Virginia corporation, by its

attorneys, Harvey & Stuckel, Chtd., certifies that Plaintiff has this date served upon

Defendant, **Michelle M. Kinsman, individually and d/b/a Rhema Elpis**

**Enterprises, LLC**, the following discovery:

### ANSWERS TO INTERROGATORIES
### RESPONSE TO REQUEST TO PRODUCE

Dated:  January 30, 2006

**Chemtreat, Inc.**, Plaintiff

By:   s/ J. Kevin Wolfe
      J. KEVIN WOLFE

**HARVEY & STUCKEL, CHTD.**
331 Fulton Street, Suite 650
Peoria, Illinois 61602
Telephone: (309) 671-4900
Facsimile: (309) 671-5473

F:\Miranda\MI\15844\Cert.of.Serv.RRTP.Michelle.wpd