E-FILED
Wednesday, 08 February, 2006  11:55:59 AM
Clerk, U.S. District Court, ILCD

U.S. DISTRICT COURT
FOR CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| CHEMTREAT, INC., a Virginia corporation, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  05 CV 1336 |
| ) | |
| GREGORY P. KINSMAN, and ) | |
| MICHELLE M. KINSMAN, individually ) | |
| and d/b/a REMA CHEMICALS. ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF DEPOSITIONS
FOR COPYING RECORDS**

TO:   Kevin Wolfe
      Harvey & Stuckel
      331 Fulton, Ste. 650
      Peoria, IL 61602

PLEASE TAKE NOTICE that the following depositions for copying records will be taken on February 22, 2006, at the times indicated:

| **DEPONENT:** | **TIME:** |
|---|---|
| Carus Chemical Company<br>1500 8th Street<br>LaSalle, IL 61301 | 10:00 a.m. |
| Illinois Cement Company<br>1601 Rockwell Road<br>LaSalle, IL 61301 | 10:00 a.m. |
| Kensington of Galesburg<br>311 East Simmons Street<br>Galesburg, IL 61401 | 10:00 a.m. |
| LCN Closers<br>121 W. Railroad Avenue<br>P.O. Box 100<br>Princeton, IL 61356 | 10:00 a.m. |

|  |  |
|---|---|
| Monmouth College<br>700 E. Broadway<br>Monmouth, IL 61462 | 10:00 a.m. |
| National Manufacturing Company<br>1 First Avenue<br>Sterling, IL 61081-0577 | 10:00 a.m. |
| Ulrich Chemical Company<br>3111 North Post Road<br>Indianapolis, IN 46226 | 10:00 a.m. |

before a Notary Public, or other officer authorized to administer oaths, at the offices of CASSIDY & MUELLER, 416 Main Street, Suite 323, Peoria, Illinois 61602, in the above entitled cause, pursuant to applicable statutes and rules of court. The above depositions will be taken for the purposes of discovery and copying of records and documents in the possession or control of the deponents and relating to the parties or issues in the above lawsuit.

**<u>THERE WILL BE NO INTERROGATION OF THE DEPONENT.<br>IF THERE ARE ANY QUESTIONS REGARDING THE DEPOSITION,<br>PLEASE CALL (309)676-0591</u>**

                              CASSIDY & MUELLER


                By: <u>s/  Andrew D. CASSIDY</u>
                      Attorneys for the Plaintiff,
                      CHEMTREAT, INC., a Virginia corporation

Andrew D. Cassidy
CASSIDY & MUELLER
323 Commerce Bank Bldg.
416 Main Street
Peoria, Illinois 61602

## CERTIFICATE OF SERVICE

  I hereby certify that on February 8, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kevin Wolfe      jkwolfe@hslaw.us

              s/  ANDREW D. CASSIDY
               CASSIDY & MUELLER
               416 Main Street, Suite 323
               Peoria, IL 61602
               Telephone: 309/676-0591
               Fax: 309/676-8036
               E-mail: dcassidy@cassidymueller.com

E-FILED
Wednesday, 08 February, 2006  11:56:59 AM
Clerk, U.S. District Court, ILCD

U.S. DISTRICT COURT
FOR CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| CHEMTREAT, INC. a Virginia corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Case No. 05 CV 1336 |
| GREGORY P. KINSMAN, and MICHELLE M. KINSMAN, individually and d/b/a RHEMA ELPIS ENTERPRISE, LLC, | ) ) ) ) ) ) | |
| Defendants. | ) | |

TO:    Carus Chemical Company, 1500 8th Street, LaSalle, IL 61301

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY: | COURTROOM: |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case:

| PLACE OF DEPOSITION: | DATE AND TIME |
|---|---|

▶ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Copies of any and all documents pertaining to any dealings with RHEMA ELPIS ENTERPRISES, LLC and/or GREGORY KINSMAN or MICHELLE KINSMAN, including, but not limited to, correspondence, notes, phone messages, sales records, purchase orders, invoices, bids, invitation for bids, contracts and sales brochure literature.

| PLACE: | CASSIDY & MUELLER<br>416 Main Street, Suite 323<br>Peoria, IL 61602 | DATE AND TIME<br>February 22, 2006<br>10:00 a.m. |
|---|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below:

| PREMISES: | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify Federal Rules of Civil Procedure, 30(b)(6).

| AS AN OFFICER OF THE COURT<br>By *[signature]* | DATE<br>2-7-06 |
|---|---|
| This subpoena is issued upon application of the:<br>/X/ Plaintiff    /_/ Defendant    /_/ U.S. Attorney | QUESTIONS MAY BE ADDRESSED TO:<br>CASSIDY & MUELLER<br>416 MAIN ST., SUITE 323<br>PEORIA, IL 61602<br>309/676-0591 |

U.S. DISTRICT COURT
FOR CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| CHEMTREAT, INC. a Virginia corporation, <br><br> Plaintiff, <br><br> v. <br><br> GREGORY P. KINSMAN, and MICHELLE M. KINSMAN, individually and d/b/a RHEMA ELPIS ENTERPRISE, LLC, <br><br> Defendants. | Case No. 05 CV 1336 |

TO: Illinois Cement Company, 1601 Rockwell Road LaSalle, Illinois 61301-0442

| ☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case. | |
|---|---|
| PLACE OF TESTIMONY: | COURTROOM: |
| | DATE AND TIME |

| ☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case: | |
|---|---|
| PLACE OF DEPOSITION: | DATE AND TIME |

▶ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Copies of any and all documents pertaining to any dealings with RHEMA ELPIS ENTERPRISES, LLC and/or GREGORY KINSMAN or MICHELLE KINSMAN, including, but not limited to, correspondence, notes, phone messages, sales records, purchase orders, invoices, bids, invitation for bids, contracts and sales brochure literature.

| PLACE: CASSIDY & MUELLER <br> 416 Main Street, Suite 323 <br> Peoria, IL 61602 | DATE AND TIME <br> February 22, 2006 <br> 10:00 a.m. |
|---|---|

| ☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below: | |
|---|---|
| PREMISES: | DATE AND TIME |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify Federal Rules of Civil Procedure, 30(b)(6).

| AS AN OFFICER OF THE COURT <br> By *[signature]* <br> This subpoena is issued upon application of the: <br> /X/ Plaintiff  /_/ Defendant  /_/ U.S. Attorney | DATE <br> 2-7-06 <br><br> QUESTIONS MAY BE ADDRESSED TO: <br> CASSIDY & MUELLER <br> 416 MAIN ST., SUITE 323 <br> PEORIA, IL 61602 <br> 309/676-0591 |
|---|---|

U.S. DISTRICT COURT
FOR CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| CHEMTREAT, INC. a Virginia corporation, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GREGORY P. KINSMAN, and )<br>MICHELLE M. KINSMAN, )<br>individually and d/b/a RHEMA )<br>ELPIS ENTERPRISE, LLC, )<br>)<br>Defendants. ) | Case No. 05 CV 1336 |

TO:    Kensington of Galesburg, 311 East Simmons Street, Galesburg, IL 61401

☐    YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY: | COURTROOM: |
|---|---|
| | DATE AND TIME |

☐    YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case:

| PLACE OF DEPOSITION: | DATE AND TIME |
|---|---|

▶    YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Copies of any and all documents pertaining to any dealings with RHEMA ELPIS ENTERPRISES, LLC and/or GREGORY KINSMAN or MICHELLE KINSMAN, including, but not limited to, correspondence, notes, phone messages, sales records, purchase orders, invoices, bids, invitation for bids, contracts and sales brochure literature.

| PLACE: | CASSIDY & MUELLER<br>416 Main Street, Suite 323<br>Peoria, IL 61602 | DATE AND TIME<br>February 22, 2006<br>10:00 a.m. |
|---|---|---|

☐    YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below:

| PREMISES: | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify Federal Rules of Civil Procedure, 30(b)(6).

| AS AN OFFICER OF THE COURT | DATE |
|---|---|
| By *[signature: Andrew J. Cassidy]*<br>This subpoena is issued upon application of the:<br>/X/ Plaintiff    /_/ Defendant    /_/ U.S. Attorney | 2-7-06<br>QUESTIONS MAY BE ADDRESSED TO:<br>CASSIDY & MUELLER<br>416 MAIN ST., SUITE 323<br>PEORIA, IL 61602<br>309/676-0591 |

U.S. DISTRICT COURT
FOR CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| CHEMTREAT, INC. a Virginia corporation,<br><br>    Plaintiff,<br><br>v.<br><br>GREGORY P. KINSMAN, and MICHELLE M. KINSMAN, individually and d/b/a RHEMA ELPIS ENTERPRISE, LLC,<br><br>    Defendants. | Case No. 05 CV 1336 |

TO: LCN Closers, 121 W. Railroad Ave., P.O. Box 100, Princeton, IL 61356

| ☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case. | |
|---|---|
| PLACE OF TESTIMONY: | COURTROOM:<br>DATE AND TIME |

| ☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case: | |
|---|---|
| PLACE OF DEPOSITION: | DATE AND TIME |

▶ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Copies of any and all documents pertaining to any dealings with RHEMA ELPIS ENTERPRISES, LLC and/or GREGORY KINSMAN or MICHELLE KINSMAN, including, but not limited to, correspondence, notes, phone messages, sales records, purchase orders, invoices, bids, invitation for bids, contracts and sales brochure literature.

| PLACE: CASSIDY & MUELLER<br>    416 Main Street, Suite 323<br>    Peoria, IL 61602 | DATE AND TIME<br>February 22, 2006<br>10:00 a.m. |
|---|---|

| ☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below: | |
|---|---|
| PREMISES: | DATE AND TIME |

 Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify Federal Rules of Civil Procedure, 30(b)(6).

| AS AN OFFICER OF THE COURT<br>By *[signature]*<br>This subpoena is issued upon application of the:<br>/X/ Plaintiff /_/ Defendant /_/ U.S. Attorney | DATE<br>2-7-06<br>QUESTIONS MAY BE ADDRESSED TO:<br>**CASSIDY & MUELLER**<br>416 MAIN ST., SUITE 323<br>PEORIA, IL 61602<br>309/676-0591 |
|---|---|

U.S. DISTRICT COURT
FOR CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| CHEMTREAT, INC. a Virginia corporation, ) ) ) Plaintiff, ) ) v. ) ) GREGORY P. KINSMAN, and ) MICHELLE M. KINSMAN, ) individually and d/b/a RHEMA ) ELPIS ENTERPRISE, LLC, ) ) Defendants. ) | Case No. 05 CV 1336 |

TO:   Monmouth College, 700 E. Broadway, Monmouth, IL 61462

| ☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case. | |
|---|---|
| PLACE OF TESTIMONY: | COURTROOM: <br> DATE AND TIME |

| ☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case: | |
|---|---|
| PLACE OF DEPOSITION: | DATE AND TIME |

▶   YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Copies of any and all documents pertaining to any dealings with RHEMA ELPIS ENTERPRISES, LLC and/or GREGORY KINSMAN or MICHELLE KINSMAN, including, but not limited to, correspondence, notes, phone messages, sales records, purchase orders, invoices, bids, invitation for bids, contracts and sales brochure literature.

| PLACE: | CASSIDY & MUELLER <br> 416 Main Street, Suite 323 <br> Peoria, IL 61602 | DATE AND TIME <br> February 22, 2006 <br> 10:00 a.m. |
|---|---|---|

| ☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below: | |
|---|---|
| PREMISES: | DATE AND TIME |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify Federal Rules of Civil Procedure, 30(b)(6).

| AS AN OFFICER OF THE COURT <br> By /s/ *[signature]* <br> This subpoena is issued upon application of the: <br> /X/ Plaintiff   /_/ Defendant   /_/ U.S. Attorney | DATE <br> 2-7-06 <br> QUESTIONS MAY BE ADDRESSED TO: <br> CASSIDY & MUELLER <br> 416 MAIN ST., SUITE 323 <br> PEORIA, IL 61602 <br> 309/676-0591 |
|---|---|

U.S. DISTRICT COURT
FOR CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| CHEMTREAT, INC. a Virginia corporation, ) ) ) Plaintiff, ) ) v. ) ) GREGORY P. KINSMAN, and ) MICHELLE M. KINSMAN, ) individually and d/b/a RHEMA ) ELPIS ENTERPRISE, LLC, ) ) Defendants. ) | Case No. 05 CV 1336 |

TO: National Manufacturing Company, 1 First Ave., Sterling, IL 61081-0577

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY: | COURTROOM: |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case:

| PLACE OF DEPOSITION: | DATE AND TIME |
|---|---|

▶ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Copies of any and all documents pertaining to any dealings with RHEMA ELPIS ENTERPRISES, LLC and/or GREGORY KINSMAN or MICHELLE KINSMAN, including, but not limited to, correspondence, notes, phone messages, sales records, purchase orders, invoices, bids, invitation for bids, contracts and sales brochure literature.

| PLACE: | CASSIDY & MUELLER<br>416 Main Street, Suite 323<br>Peoria, IL 61602 | DATE AND TIME<br>February 22, 2006<br>10:00 a.m. |
|---|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below:

| PREMISES: | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify Federal Rules of Civil Procedure, 30(b)(6).

| AS AN OFFICER OF THE COURT<br>By *[signature]*<br>This subpoena is issued upon application of the:<br>/X/ Plaintiff  /_/ Defendant  /_/ U.S. Attorney | DATE<br>2-7-06<br>QUESTIONS MAY BE ADDRESSED TO:<br>CASSIDY & MUELLER<br>416 MAIN ST., SUITE 323<br>PEORIA, IL 61602<br>309/676-0591 |
|---|---|

U.S. DISTRICT COURT
FOR CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| CHEMTREAT, INC. a Virginia corporation,<br><br>    Plaintiff,<br><br>v.<br><br>GREGORY P. KINSMAN, and MICHELLE M. KINSMAN, individually and d/b/a RHEMA ELPIS ENTERPRISE, LLC,<br><br>    Defendants. | Case No. 05 CV 1336 |

TO: Ulrich Chemical Company, 3111 North Post Rd., Indianapolis, IN 46226

| ☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case. | |
|---|---|
| PLACE OF TESTIMONY: | COURTROOM: |
| | DATE AND TIME |

| ☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case: | |
|---|---|
| PLACE OF DEPOSITION: | DATE AND TIME |

▶ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Copies of any and all documents pertaining to any dealings with RHEMA ELPIS ENTERPRISES, LLC and/or GREGORY KINSMAN or MICHELLE KINSMAN, including, but not limited to, correspondence, notes, phone messages, sales records, purchase orders, invoices, bids, invitation for bids, contracts and sales brochure literature.

| PLACE: CASSIDY & MUELLER<br>416 Main Street, Suite 323<br>Peoria, IL 61602 | DATE AND TIME<br>February 22, 2006<br>10:00 a.m. |
|---|---|

| ☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below: | |
|---|---|
| PREMISES: | DATE AND TIME |

  Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify Federal Rules of Civil Procedure, 30(b)(6).

| AS AN OFFICER OF THE COURT<br>By  *[signature]* | DATE<br>2-3-06 |
|---|---|
| This subpoena is issued upon application of the:<br><br>/X/ Plaintiff /_/ Defendant /_/ U.S. Attorney | QUESTIONS MAY BE ADDRESSED TO:<br>CASSIDY & MUELLER<br>416 MAIN ST., SUITE 323<br>PEORIA, IL 61602<br>309/676-0591 |