U.S. DISTRICT COURT
FOR CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| CHEMTREAT, INC., a Virginia corporation, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GREGORY P. KINSMAN, and )<br>MICHELLE M. KINSMAN, individually )<br>and d/b/a REMA CHEMICALS. )<br>)<br>Defendants. ) | Case No. 05 CV 1336 |

### NOTICE OF DISCOVERY DEPOSITION

TO:  Kevin Wolfe                      Ann Pellican
     Harvey & Stuckel                 1150 Lafayette St.
     331 Fulton, Ste. 650             LaSalle, IL 61301
     Peoria, IL 61602

PLEASE TAKE NOTICE that the Plaintiff, CHEMTREAT, INC., a Virginia corporation, will take the discovery deposition of TOM MOSHAGE upon oral examination, at the offices Herbolsheimer, Lannon, Henson, Duncan & Regan, 654 1st Street, LaSalle, Illinois on March 8, 2006 at 1:00 p.m. at which time and place the said deponent is requested to appear.

CASSIDY & MUELLER

By: s/ Andrew D. CASSIDY
Attorneys for the Plaintiff,
CHEMTREAT, INC., a Virginia corporation

Andrew D. Cassidy
CASSIDY & MUELLER
323 Commerce Bank Bldg.
416 Main Street
Peoria, Illinois 61602

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2006, I electronically filed the foregoing Notice of Deposition and Subpoena for Deposition with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kevin Wolfe			jkwolfe@hslaw.us

I further certify that on February 8, 2006, a copy of the Notice of Deposition filed herein was mailed by U.S. Mail by first class postage, postage pre-paid, and deposited the same at Peoria, Illinois, to the following:

Ann Pellican
1150 LAFayette St.
LaSalle, IL 61301


					s/_____ANDREW D. CASSIDY_____
					CASSIDY & MUELLER
					416 Main Street, Suite 323
					Peoria, IL 61602
					Telephone: 309/676-0591
					Fax: 309/676-8036
					E-mail: dcassidy@cassidymueller.com

U.S. DISTRICT COURT
FOR CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| CHEMTREAT, INC. a Virginia corporation,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY P. KINSMAN, and MICHELLE M. KINSMAN, individually and d/b/a RHEMA ELPIS ENTERPRISE, LLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 05 CV 1336<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

TO:   Tom Moshage, C/O Carus Chemical Company, 1500 8th Street, LaSalle, IL 61301

☐   YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY: | COURTROOM:<br>DATE AND TIME |
|---|---|

☒   YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case:

| PLACE OF DEPOSITION: Herbolsheimer, Lannon, Henson, Duncan & Regan<br>654 1st Street<br>LaSalle, IL 61301 | DATE AND TIME<br>March 8, 2006<br>1:00 p.m. |
|---|---|

▶   YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE: | DATE AND TIME |
|---|---|

☐   YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below:

| PREMISES: | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify Federal Rules of Civil Procedure, 30(b)(6).

| AS AN OFFICER OF THE COURT<br>By  *[signature]*<br>This subpoena is issued upon application of the:<br>/X/ Plaintiff    /_/ Defendant    /_/ U.S. Attorney | DATE<br>2-8-06<br><br>QUESTIONS MAY BE ADDRESSED TO:<br>CASSIDY & MUELLER<br>416 MAIN ST., SUITE 323<br>PEORIA, IL 61602<br>309/676-0591 |
|---|---|