U.S. DISTRICT COURT
FOR CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| CHEMTREAT, INC., a Virginia corporation, ) ) ) | |
| Plaintiff, ) ) | |
| v.   ) ) | Case No.  05 CV 1336 |
| GREGORY P. KINSMAN, and MICHELLE M. KINSMAN, individually and d/b/a REMA CHEMICALS. ) ) ) ) ) | |
| Defendants.   ) | |

**NOTICE OF DEPOSITIONS**
**FOR COPYING RECORDS**

TO:   Kevin Wolfe
Harvey & Stuckel
331 Fulton, Ste. 650
Peoria, IL 61602

PLEASE TAKE NOTICE that the following depositions for copying records will be taken on February 22, 2006, at the times indicated:

| **DEPONENT:** | **TIME:** |
|---|---|
| Bob Evans Farms<br>P.O. box 225<br>Galva, IL 61434 | 10:00 a.m. |
| Duke Energy<br>Lee Energy Facility<br>1674 Red Brick Rd.<br>Dixon, IL 61021 | 10:00 a.m. |
| Natkin Service Co.<br>9102 North Industrial Rd.<br>Peoria, IL 61615 | 10:00 a.m. |

before a Notary Public, or other officer authorized to administer oaths, at the offices of

CASSIDY & MUELLER, 416 Main Street, Suite 323, Peoria, Illinois 61602, in the above

entitled cause, pursuant to applicable statutes and rules of court. The above depositions will be taken for the purposes of discovery and copying of records and documents in the possession or control of the deponents and relating to the parties or issues in the above lawsuit.

**<u>THERE WILL BE NO INTERROGATION OF THE DEPONENT.
IF THERE ARE ANY QUESTIONS REGARDING THE DEPOSITION,
PLEASE CALL (309)676-0591</u>**

        CASSIDY & MUELLER


        By: <u>s/  Andrew D. CASSIDY</u>
            Attorneys for the Plaintiff,
            CHEMTREAT, INC., a Virginia corporation


Andrew D. Cassidy
CASSIDY & MUELLER
323 Commerce Bank Bldg.
416 Main Street
Peoria, Illinois 61602

## CERTIFICATE OF SERVICE

      I hereby certify that on February 8, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kevin Wolfe            jkwolfe@hslaw.us

          s/    ANDREW D. CASSIDY
          CASSIDY & MUELLER
          416 Main Street, Suite 323
          Peoria, IL 61602
          Telephone: 309/676-0591
          Fax: 309/676-8036
          E-mail: dcassidy@cassidymueller.com

U.S. DISTRICT COURT
FOR CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| CHEMTREAT, INC. a Virginia corporation,<br><br>          Plaintiff,<br><br>v.<br><br>GREGORY P. KINSMAN, and MICHELLE M. KINSMAN, individually and d/b/a RHEMA ELPIS ENTERPRISE, LLC,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 05 CV 1336<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

TO:    Duke Energy, Lee Energy; Facility, 1674 Red Brick Rd., Dixon, IL 61021

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY: | COURTROOM: |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case:

| PLACE OF DEPOSITION: | DATE AND TIME |
|---|---|

▶ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Copies of any and all documents pertaining to any dealings with RHEMA ELPIS ENTERPRISES, LLC and/or GREGORY KINSMAN or MICHELLE KINSMAN, including, but not limited to, correspondence, notes, phone messages, sales records, purchase orders, invoices, bids, invitation for bids, contracts and sales brochure literature.

| PLACE:    CASSIDY & MUELLER<br>416 Main Street, Suite 323<br>Peoria, IL 61602 | DATE AND TIME<br>February 22, 2006<br>10:00 a.m. |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below:

| PREMISES: | DATE AND TIME |
|---|---|

     Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify Federal Rules of Civil Procedure, 30(b)(6).

| AS AN OFFICER OF THE COURT<br>By *[signature]* | DATE<br>2-8-06 |
|---|---|
| This subpoena is issued upon application of the:<br>/X/ Plaintiff    /_/ Defendant    /_/ U.S. Attorney | QUESTIONS MAY BE ADDRESSED TO:<br>CASSIDY & MUELLER<br>416 MAIN ST., SUITE 323<br>PEORIA, IL 61602<br>309/676-0591 |

U.S. DISTRICT COURT
FOR CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| CHEMTREAT, INC. a Virginia corporation, )<br><br>Plaintiff, )<br><br>v. )<br><br>GREGORY P. KINSMAN, and MICHELLE M. KINSMAN, individually and d/b/a RHEMA ELPIS ENTERPRISE, LLC, )<br><br>Defendants. ) | Case No. 05 CV 1336 |

TO:    Natkin Service Co., 9102 North Industrial Rd., Peoria, IL 61615

| ☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case. | |
|---|---|
| PLACE OF TESTIMONY: | COURTROOM:<br>DATE AND TIME |
| ☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case: | |
| PLACE OF DEPOSITION: | DATE AND TIME |

▶    YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Copies of any and all documents pertaining to any dealings with RHEMA ELPIS ENTERPRISES, LLC and/or GREGORY KINSMAN or MICHELLE KINSMAN, including, but not limited to, correspondence, notes, phone messages, sales records, purchase orders, invoices, bids, invitation for bids, contracts and sales brochure literature.

| PLACE: | CASSIDY & MUELLER<br>416 Main Street, Suite 323<br>Peoria, IL 61602 | DATE AND TIME<br>February 22, 2006<br>10:00 a.m. |
|---|---|---|
| ☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below: | | |
| PREMISES: | | DATE AND TIME |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify Federal Rules of Civil Procedure, 30(b)(6).

| AS AN OFFICER OF THE COURT<br>By [signature]<br>This subpoena is issued upon application of the:<br><br>/X/ Plaintiff    /_/ Defendant    /_/ U.S. Attorney | DATE<br>2-8-06<br><br>QUESTIONS MAY BE ADDRESSED TO:<br>CASSIDY & MUELLER<br>416 MAIN ST., SUITE 323<br>PEORIA, IL 61602<br>309/676-0591 |
|---|---|

U.S. DISTRICT COURT
FOR CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| CHEMTREAT, INC. a Virginia corporation,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY P. KINSMAN, and MICHELLE M. KINSMAN, individually and d/b/a RHEMA ELPIS ENTERPRISE, LLC,<br><br>Defendants. | Case No. 05 CV 1336 |

TO:   Bob Evans Farms, P.O. Box 225, Galva, IL 61434

☐   YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY: | COURTROOM: |
|---|---|
| | DATE AND TIME |

☐   YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case:

| PLACE OF DEPOSITION: | DATE AND TIME |
|---|---|

▶   YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Copies of any and all documents pertaining to any dealings with RHEMA ELPIS ENTERPRISES, LLC and/or GREGORY KINSMAN or MICHELLE KINSMAN, including, but not limited to, correspondence, notes, phone messages, sales records, purchase orders, invoices, bids, invitation for bids, contracts and sales brochure literature.

| PLACE: | CASSIDY & MUELLER<br>416 Main Street, Suite 323<br>Peoria, IL 61602 | DATE AND TIME<br>February 22, 2006<br>10:00 a.m. |
|---|---|---|

☐   YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below:

| PREMISES: | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify Federal Rules of Civil Procedure, 30(b)(6).

| AS AN OFFICER OF THE COURT | DATE |
|---|---|
| By *[signature]*<br>This subpoena is issued upon application of the:<br><br>/X/ Plaintiff    /_/ Defendant    /_/ U.S. Attorney | 2-8-06 |
| | QUESTIONS MAY BE ADDRESSED TO:<br>CASSIDY & MUELLER<br>416 MAIN ST., SUITE 323<br>PEORIA, IL 61602<br>309/676-0591 |