U.S. DISTRICT COURT
FOR CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| CHEMTREAT, INC., a Virginia corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 05 CV 1336 |
| GREGORY P. KINSMAN, and MICHELLE M. KINSMAN, individually and d/b/a REMA CHEMICALS. | ) ) ) ) ) |
| Defendants. | ) |

**NOTICE OF DISCOVERY DEPOSITION**

TO:  Kevin Wolfe                          Merit Reporters
     Harvey & Stuckel                     P.O. Box 413
     331 Fulton, Ste. 650                 Morton, IL 61550
     Peoria, IL 61602

PLEASE TAKE NOTICE that the Plaintiff, CHEMTREAT, INC., a Virginia corporation, will take the discovery deposition of GREGORY P. KINSMAN upon oral examination, at the offices of Harvey & Stuckel, 331 Fulton, Suite 650, Peoria, Illinois on March 13, 2006 at 10:00 a.m. at which time and place the said deponent is requested to appear.

CASSIDY & MUELLER

By: s/ Andrew D. CASSIDY
    Attorneys for the Plaintiff,
    CHEMTREAT, INC., a Virginia corporation

Andrew D. Cassidy
CASSIDY & MUELLER
323 Commerce Bank Bldg.
416 Main Street
Peoria, Illinois 61602

## CERTIFICATE OF SERVICE

    I hereby certify that on February 17, 2006, I electronically filed the foregoing Notice of Deposition with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

        Kevin Wolfe        jkwolfe@hslaw.us

    I further certify that on February 17, 2006, a copy of the Notice of Deposition filed herein was mailed by U.S. Mail by first class postage, postage pre-paid, and deposited the same at Peoria, Illinois, to the following:

    Merit Reporters  
    P.O. Box 413  
    Morton, IL 61550

        s/    ANDREW D. CASSIDY  
        CASSIDY & MUELLER  
        416 Main Street, Suite 323  
        Peoria, IL 61602  
        Telephone: 309/676-0591  
        Fax: 309/676-8036  
        E-mail: dcassidy@cassidymueller.com

U.S. DISTRICT COURT
FOR CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| CHEMTREAT, INC., a Virginia corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 05 CV 1336 |
| GREGORY P. KINSMAN, and MICHELLE M. KINSMAN, individually and d/b/a REMA CHEMICALS. | ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF DISCOVERY DEPOSITION**

TO:   Kevin Wolfe                                       Merit Reporters
      Harvey & Stuckel                             P.O. Box 413
      331 Fulton, Ste. 650                         Morton, IL 61550
      Peoria, IL 61602

PLEASE TAKE NOTICE that the Plaintiff, CHEMTREAT, INC., a Virginia corporation, will take the discovery deposition of MICHELLE M. KINSMAN upon oral examination, at the offices of Harvey & Stuckel, 331 Fulton, Suite 650, Peoria, Illinois on March 13, 2006 at 11:00 a.m. at which time and place the said deponent is requested to appear.

                              CASSIDY & MUELLER

                              By: s/ Andrew D. CASSIDY
                                    Attorneys for the Plaintiff,
                                    CHEMTREAT, INC., a Virginia corporation

Andrew D. Cassidy
CASSIDY & MUELLER
323 Commerce Bank Bldg.
416 Main Street
Peoria, Illinois 61602

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2006, I electronically filed the foregoing Notice of Deposition with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

        Kevin Wolfe        jkwolfe@hslaw.us

I further certify that on February 17, 2006, a copy of the Notice of Deposition filed herein was mailed by U.S. Mail by first class postage, postage pre-paid, and deposited the same at Peoria, Illinois, to the following:

    Merit Reporters
    P.O. Box 413
    Morton, IL 61550

    s/    ANDREW D. CASSIDY
    CASSIDY & MUELLER
    416 Main Street, Suite 323
    Peoria, IL 61602
    Telephone: 309/676-0591
    Fax: 309/676-8036
    E-mail: dcassidy@cassidymueller.com