**E-FILED**

Tuesday, 28 February, 2006  02:45:45 PM

Clerk, U.S. District Court, ILCD

U.S. DISTRICT COURT
FOR CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| CHEMTREAT, INC. a Virginia corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.  05 CV 1336 |
| GREGORY P. KINSMAN, and MICHELLE M. KINSMAN, individually and d/b/a RHEMA ELPIS ENTERPRISE, LLC, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## DISCOVERY PLAN

NOW COMES the parties by their respective counsel and submit the following discovery plan for implementation in this cause pursuant to Rule 16 of the Federal Rules of Civil Procedure:

### I.

### NATURE OF THE CASE

This is an eight count cause of action seeking damages and injunctive relief as a result of the Defendant's alleged breach of his Employment Contract with CHEMTREAT and the misappropriation of business, customers, proprietary information, trade secrets and account receivables of CHEMTREAT.

### II.

### INITIAL  DISCLOSURES

The parties will provide their initial disclosures in accordance with Rule 26(a)(1) on or before April 7, 2006.

In addition to the disclosures, the parties propose the following discovery deadlines.

## III.

## WRITTEN DISCOVERY

The Plaintiffs have previously propounded Interrogatories and Request for Production of Documents on each of the Defendants.

Defendants have recently propounded Interrogatories and Request for Production of Documents upon the Plaintiff which remains outstanding. Responses to those written discovery requests will be provided on or before March 24, 2006.

Any Supplemental Interrogatories pursuant to Supreme Court Rule 33 and/or Supplemental Requests for Production of Documents pursuant to Supreme Court Rule 34 will be propounded on or before September 1, 2006.

## IV.

## DISCLOSURE OF EXPERT TESTIMONY

Plaintiff will disclose any additional expert witnesses and comply with Rule 26(a)(2) on or before July 1, 2006.

Defendant will disclose any expert witnesses and comply with Rule 26(a)(1) on or before August 1, 2006.

Plaintiff may disclose any rebuttal expert witnesses in accordance Rule 26(2)(c).

## V.

## DEPOSITIONS

Depositions of parties and other persons who are identified under Rule 26(a)(1) or through discovery responses will be taken on or before August 1, 2006.

Depositions of expert witnesses, if any, will be taken within sixty (60) days of each

parties' compliance with Rule 26(a)(2).

## VI.

## AMENDMENTS TO PLEADINGS

Any amendments to pleadings will be filed on or before August 15, 2006.

## VII.

## COMPLETION OF DISCOVERY

All discovery will be completed by October 1, 2006.

## VIII.

## DISPOSITIVE MOTIONS

Dispositive Motions will be filed by October 15, 2006.

Respectfully submitted.

By: s/ Andrew D. Cassidy
    Cassidy & Mueller
    416 Main Street, Suite 323
    Peoria, IL 61602
    Telephone: 309/676-0591
    Fax: 309/676-8036
    E-mail: dcassidy@cassidymueller.com

By: s/ J. Kevin Wolfe, Esq.
    Harvey & Stuckel, Chtd.
    331 Fulton, Ste. 650
    Peoria, IL 61602
    Telephone: 309/671-4900
    Fax: 309/671-5473
    E-mail: jkwolfe@hslaw.us

## <u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on February 28, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:


J. Kevin Wolfe       jkwolfe@hslaw.us




          By: s/ANDREW D. CASSIDY
          CASSIDY & MUELLER
          416 Main Street, Suite 323
          Peoria, IL 61602
          Telephone: 309/676-0591
          Fax: 309/676-8036
       E-mail: dcassidy@cassidymueller.com