U.S. DISTRICT COURT
FOR CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| CHEMTREAT, INC., a Virginia corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No.  05 CV 1336 ) |
| GREGORY P. KINSMAN, and MICHELLE M. KINSMAN, individually and d/b/a REMA CHEMICALS. | ) ) ) ) |
| Defendants. | ) ) |

**NOTICE OF DISCOVERY DEPOSITION**

TO:    Kevin Wolfe                                    Merit Reporters
       Harvey & Stuckel                               P.O. Box 413
       331 Fulton, Ste. 650                           Morton, IL 61550
       Peoria, IL 61602

PLEASE TAKE NOTICE that the Plaintiff, CHEMTREAT, INC., a Virginia corporation, will take the discovery deposition of GREGORY P. KINSMAN upon oral examination, at the offices of Harvey & Stuckel, 331 Fulton, Suite 650, Peoria, Illinois on April 18, 2006 at 10:00 a.m. at which time and place the said deponent is requested to appear.

                                    CASSIDY & MUELLER


                                    By: s/  Andrew D. CASSIDY
                                        Attorneys for the Plaintiff,
                                        CHEMTREAT, INC., a Virginia corporation




Andrew D. Cassidy
CASSIDY & MUELLER
323 Commerce Bank Bldg.
416 Main Street
Peoria, Illinois 61602

## CERTIFICATE OF SERVICE

      I hereby certify that on March 29, 2006, I electronically filed the foregoing Notice of Deposition with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

                Kevin Wolfe                jkwolfe@hslaw.us

      I further certify that on March 29, 2006, a copy of the Notice of Deposition filed herein was mailed by U.S. Mail by first class postage, postage pre-paid, and deposited the same at Peoria, Illinois, to the following:

                Merit Reporters
                P.O. Box 413
                Morton, IL 61550

                                        s/     ANDREW D. CASSIDY
                                        CASSIDY & MUELLER
                                        416 Main Street, Suite 323
                                        Peoria, IL 61602
                                        Telephone: 309/676-0591
                                        Fax: 309/676-8036
                                        E-mail: dcassidy@cassidymueller.com

U.S. DISTRICT COURT
FOR CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| CHEMTREAT, INC., a Virginia corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.  05 CV 1336 |
| GREGORY P. KINSMAN, and MICHELLE M. KINSMAN, individually and d/b/a REMA CHEMICALS. | ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF DISCOVERY DEPOSITION**

TO:  Kevin Wolfe                                         Merit Reporters
     Harvey & Stuckel                                    P.O. Box 413
     331 Fulton, Ste. 650                                Morton, IL 61550
     Peoria, IL 61602

PLEASE TAKE NOTICE that the Plaintiff, CHEMTREAT, INC., a Virginia corporation, will take the discovery deposition of MICHELLE M. KINSMAN upon oral examination, at the offices of Harvey & Stuckel, 331 Fulton, Suite 650, Peoria, Illinois on April 18, 2006 at 11:00 a.m. at which time and place the said deponent is requested to appear.

                                        CASSIDY & MUELLER


                                        By: s/  Andrew D. CASSIDY
                                            Attorneys for the Plaintiff,
                                            CHEMTREAT, INC., a Virginia corporation



Andrew D. Cassidy
CASSIDY & MUELLER
323 Commerce Bank Bldg.
416 Main Street
Peoria, Illinois 61602

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2006, I electronically filed the foregoing Notice of Deposition with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

        Kevin Wolfe        jkwolfe@hslaw.us

I further certify that on March 29, 2006, a copy of the Notice of Deposition filed herein was mailed by U.S. Mail by first class postage, postage pre-paid, and deposited the same at Peoria, Illinois, to the following:

    Merit Reporters
    P.O. Box 413
    Morton, IL 61550

    s/    ANDREW D. CASSIDY
    CASSIDY & MUELLER
    416 Main Street, Suite 323
    Peoria, IL 61602
    Telephone: 309/676-0591
    Fax: 309/676-8036
    E-mail: dcassidy@cassidymueller.com