U.S. DISTRICT COURT
FOR CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| CHEMTREAT, INC. a Virginia corporation, ) ) ) Plaintiff, ) ) v. ) ) GREGORY P. KINSMAN, and ) MICHELLE M. KINSMAN, ) individually and d/b/a RHEMA ) ELPIS ENTERPRISE, LLC, ) ) Defendants. ) | Case No.  05 CV 1336 |

**TO:**  Tom Moshage, C/O Carus Chemical Company, 1500 8th Street, LaSalle, IL 61301

☐   YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY: | COURTROOM: |
|---|---|
| | DATE AND TIME |

☒   **YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case:**

| **PLACE OF DEPOSITION:** Herbolsheimer, Lannon, Henson, Duncan & Regan 654 1st Street LaSalle, IL 61301 | **DATE AND TIME** April 28, 2006 10:00 p.m. |
|---|---|

▶   YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE: | DATE AND TIME |
|---|---|

☐   YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below:

| PREMISES: | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify Federal Rules of Civil Procedure, 30(b)(6).

| AS AN OFFICER OF THE COURT | DATE |
|---|---|
| By | |

| This subpoena is issued upon application of the: /X/ Plaintiff    /_/ Defendant    /_/ U.S. Attorney | QUESTIONS MAY BE ADDRESSED TO: **CASSIDY & MUELLER** **416 MAIN ST., SUITE 323** **PEORIA, IL 61602** **309/676-0591** |
|---|---|