U.S. DISTRICT COURT
FOR CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| CHEMTREAT, INC., a Virginia corporation, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 05 CV 1336 |
| GREGORY P. KINSMAN, and MICHELLE M. KINSMAN, individually and d/b/a REMA CHEMICALS. | ) ) ) ) |
| Defendants. | ) ) |

**AMENDED NOTICE OF DISCOVERY DEPOSITION**
(Previously scheduled for April 18, 2006)

TO:  Kevin Wolfe                             Merit Reporters
     Harvey & Stuckel                        P.O. Box 413
     331 Fulton, Ste. 650                    Morton, IL 61550
     Peoria, IL 61602

PLEASE TAKE NOTICE that the Plaintiff, CHEMTREAT, INC., a Virginia corporation, will take the discovery deposition of MICHELLE M. KINSMAN upon oral examination, at the offices of Harvey & Stuckel, 331 Fulton, Suite 650, Peoria, Illinois on April 25, 2006 at 12:00 p.m. at which time and place the said deponent is requested to appear.

Pursuant to FRCP Rules 30(b)(5) and Rule 34 Plaintiff demands that the party deponent, MICHELLE KINSMAN, produce at the deposition the following documents:

1. Copies of tax returns for RHEMA ELPIS ENTERPRISES, LLC for the years 2004 and 2005.

2. Copies of tax returns for GREGORY KINSMAN AND MICHELLE KINSMAN for the years 2004 and 2005.

CASSIDY & MUELLER

By: s/   Andrew D. CASSIDY
    Attorneys for the Plaintiff,
    CHEMTREAT, INC., a Virginia corporation

Andrew D. Cassidy
CASSIDY & MUELLER
323 Commerce Bank Bldg.
416 Main Street
Peoria, Illinois 61602

1:05-cv-01336-JBM-JAG    # 34    Page 2 of 3

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 13, 2006, I electronically filed the foregoing Amended Notice of Deposition with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

                Kevin Wolfe                jkwolfe@hslaw.us

      I further certify that on April 13, 2006, a copy of the Amended Notice of Deposition filed herein was mailed by U.S. Mail by first class postage, postage pre-paid, and deposited the same at Peoria, Illinois, to the following:

           Merit Reporters
           P.O. Box 413
           Morton, IL 61550

                                      s/    ANDREW D. CASSIDY
                                              CASSIDY & MUELLER
                                              416 Main Street, Suite 323
                                              Peoria, IL 61602
                                              Telephone: 309/676-0591
                                              Fax: 309/676-8036
                                              E-mail: dcassidy@cassidymueller.com