U.S. DISTRICT COURT
FOR CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| CHEMTREAT, INC., a Virginia corporation, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  05 CV 1336 |
| ) | |
| GREGORY P. KINSMAN, and MICHELLE ) | |
| M. KINSMAN, individually and d/b/a ) | |
| RHEMA ELPIS ENTERPRISE, LLC, ) | |
| ) | |
| Defendants. ) | |

## THIRD NOTICE OF DISCOVERY DEPOSITION
(Previously scheduled for April 28, 2006)

TO:   Kevin Wolfe                              Ann Pellican
      Harvey & Stuckel                         1150 Lafayette St.
      331 Fulton, Ste. 650                     LaSalle, IL 61301
      Peoria, IL 61602

      Matthew Wawrzyn
      35 W. Wacker Drive, Ste. 4700
      Chicago, IL 60601-9703

PLEASE TAKE NOTICE that the Plaintiff, CHEMTREAT, INC., a Virginia corporation, will take the discovery deposition of TOM MOSHAGE upon oral examination, at the offices of Herbolsheimer, Lannon, Henson, Duncan & Regan, 654 1st Street, LaSalle, Illinois on May 4, 2006 at 1:30 p.m. at which time and place the said deponent is requested to appear.

CASSIDY & MUELLER

By: s/   Andrew D. CASSIDY
          Attorneys for the Plaintiff,
          CHEMTREAT, INC., a Virginia corporation

Andrew D. Cassidy
CASSIDY & MUELLER
323 Commerce Bank Bldg.
416 Main Street
Peoria, Illinois 61602

**CERTIFICATE OF SERVICE**

  I hereby certify that on April 18, 2006, I electronically filed the foregoing Third Notice of Deposition and Subpoena for Deposition with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

J. Kevin Wolfe      jkwolfe@hslaw.us

  I further certify that on April 18, 2006, a copy of the Third Notice of Deposition and Subpoena filed herein was mailed by U.S. Mail by first class postage, postage pre-paid, and deposited the same at Peoria, Illinois, to the following:

> Mr. Matthew Wawrzyn
> 35 W. Wacker Drive, Ste. 4700
> Chicago, IL 60601-9703

  I further certify that on April 18, 2006, a copy of the Third Notice of Deposition filed herein was mailed by U.S. Mail by first class postage, postage pre-paid, and deposited the same at Peoria, Illinois, to the following:

> Ann Pellican
> 1150 LAFayette St.
> LaSalle, IL 61301

> s/     ANDREW D. CASSIDY
> CASSIDY & MUELLER
> 416 Main Street, Suite 323
> Peoria, IL 61602
> Telephone: 309/676-0591
> Fax: 309/676-8036
> E-mail: dcassidy@cassidymueller.com