E-FILED
Tuesday, 18 April, 2006  10:50:42 AM
Clerk, U.S. District Court, ILCD

U.S. DISTRICT COURT
FOR CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| CHEMTREAT, INC., a Virginia corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 05 CV 1336 |
| GREGORY P. KINSMAN, and MICHELLE | ) | |
| M. KINSMAN, individually and d/b/a REMA | ) | |
| CHEMICALS. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**AMENDED NOTICE OF DISCOVERY DEPOSITION**
(Previously scheduled for April 25, 2006)

TO:    Kevin Wolfe                             Merit Reporters
       Harvey & Stuckel                        P.O. Box 413
       331 Fulton, Ste. 650                    Morton, IL 61550
       Peoria, IL 61602

PLEASE TAKE NOTICE that the Plaintiff, CHEMTREAT, INC., a Virginia corporation, will take the discovery deposition of MICHELLE M. KINSMAN upon oral examination, at the offices of Harvey & Stuckel, 331 Fulton, Suite 650, Peoria, Illinois on May 4, 2006 at 11:00 0.m. at which time and place the said deponent is requested to appear.

Pursuant to FRCP Rules 30(b)(5) and Rule 34 Plaintiff demands that the party deponent, MICHELLE KINSMAN, produce at the deposition the following documents:

1. Copies of tax returns for RHEMA ELPIS ENTERPRISES, LLC for the years 2004 and 2005.

2. Copies of tax returns for GREGORY KINSMAN AND MICHELLE KINSMAN for the years 2004 and 2005.

CASSIDY & MUELLER

By: s/   Andrew D. CASSIDY
        Attorneys for the Plaintiff,
        CHEMTREAT, INC., a Virginia corporation

Andrew D. Cassidy
CASSIDY & MUELLER
323 Commerce Bank Bldg.
416 Main Street
Peoria, Illinois 61602

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 18, 2006, I electronically filed the foregoing Second Amended Notice of Deposition with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

                Kevin Wolfe                jkwolfe@hslaw.us

      I further certify that on April 18, 2006, a copy of the Second Amended Notice of Deposition filed herein was mailed by U.S. Mail by first class postage, postage pre-paid, and deposited the same at Peoria, Illinois, to the following:

                Merit Reporters
                P.O. Box 413
                Morton, IL 61550

                                      s/      ANDREW D. CASSIDY
                                          CASSIDY & MUELLER
                                          416 Main Street, Suite 323
                                          Peoria, IL 61602
                                          Telephone: 309/676-0591
                                          Fax: 309/676-8036
                                          E-mail: dcassidy@cassidymueller.com