U.S. DISTRICT COURT
FOR CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| CHEMTREAT, INC., a Virginia corporation, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GREGORY P. KINSMAN, and MICHELLE )<br>M. KINSMAN, individually and d/b/a REMA )<br>CHEMICALS. )<br>)<br>Defendants. ) | Case No. 05 CV 1336 |

**THIRD AMENDED NOTICE OF DISCOVERY DEPOSITION**
(Previously scheduled for May 4, 2006)

TO:  Kevin Wolfe                                    Merit Reporters
     Harvey & Stuckel                               P.O. Box 413
     331 Fulton, Ste. 650                           Morton, IL 61550
     Peoria, IL 61602

PLEASE TAKE NOTICE that the Plaintiff, CHEMTREAT, INC., a Virginia corporation, will take the discovery deposition of MICHELLE M. KINSMAN upon oral examination, at the offices of Harvey & Stuckel, 331 Fulton, Suite 650, Peoria, Illinois on May 3, 2006 at 11:00 a.m. at which time and place the said deponent is requested to appear.

Pursuant to FRCP Rules 30(b)(5) and Rule 34 Plaintiff demands that the party deponent, MICHELLE KINSMAN, produce at the deposition the following documents:

1. Copies of tax returns for RHEMA ELPIS ENTERPRISES, LLC for the years 2004 and 2005.

2. Copies of tax returns for GREGORY KINSMAN AND MICHELLE KINSMAN for the years 2004 and 2005.

CASSIDY & MUELLER

By: s/  Andrew D. CASSIDY
    Attorneys for the Plaintiff,
    CHEMTREAT, INC., a Virginia corporation

Andrew D. Cassidy
CASSIDY & MUELLER
323 Commerce Bank Bldg.
416 Main Street
Peoria, Illinois 61602

**CERTIFICATE OF SERVICE**

       I hereby certify that on April 18, 2006, I electronically filed the foregoing Third Amended Notice of Deposition with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

              Kevin Wolfe              jkwolfe@hslaw.us

       I further certify that on April 18, 2006, a copy of the Third Amended Notice of Deposition filed herein was mailed by U.S. Mail by first class postage, postage pre-paid, and deposited the same at Peoria, Illinois, to the following:

              Merit Reporters
              P.O. Box 413
              Morton, IL 61550

              s/     ANDREW D. CASSIDY
                    CASSIDY & MUELLER
                    416 Main Street, Suite 323
                    Peoria, IL 61602
                    Telephone: 309/676-0591
                    Fax: 309/676-8036
                    E-mail: dcassidy@cassidymueller.com