E-FILED
Tuesday, 27 June, 2006  11:41:16 AM
Clerk, U.S. District Court, ILCD

U.S. DISTRICT COURT
FOR CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| CHEMTREAT, INC. a Virginia corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 05 CV 1336 |
| GREGORY P. KINSMAN, and MICHELLE M. KINSMAN, individually and d/b/a RHEMA ELPIS ENTERPRISE, LLC, | ) ) ) ) ) | |
| Defendants. | ) | |

## PETITION FOR RULE TO SHOW CAUSE

NOW COMES CHEMTREAT, INC., a Virginia corporation ("CHEMTREAT") by its attorneys, Cassidy & Mueller, and for its Petition for Rule to Show Cause state as follows:

1. On November 9, 2005 this Court entered Temporary Restraining Orders against the Defendants in this cause.

2. As to Defendant, GREGORY P. KINSMAN, the Restraining Order enjoined him from, inter alia:

   a. Soliciting, calling upon, communicating with, entering into any sales or servicing agreements with, or attempting to communicate with any person or entity that is or was a customer of CHEMTREAT (or any representative of such person or entity) with whom Defendant, GREGORY P. KINSMAN, had any contact, communication, or for which he had supervisory, sales or service responsibility during any of the eighteen (18) consecutive calendar months preceding his termination of employment with CHEMTREAT for the purpose of selling, offering for sale, influencing the purchase of, or otherwise providing any product, service or equipment competitive with any product, service or equipment sold, offered for sale, provided or under development by CHEMTREAT, either for his own benefit or on behalf of any other person or entity;

   b. Engaging in any business or other endeavor in competition with CHEMTREAT.

3.   With respect to MICHELLE M. KINSMAN and RHEMA ELPIS ENTERPRISE, LLC the Restraining Order enjoined those Defendants from inter alia:

   a.   Soliciting, calling upon, communicating with, entering into any sales or servicing agreements with, or attempting to communicate with any person or entity that is currently a customer of CHEMTREAT (or any representative of such person or entity) with whom Defendant, GREGORY P. KINSMAN, had any contact, communication, or for which he had supervisory, sales or service responsibility during any of the eighteen (18) consecutive calendar months preceding his termination of employment with CHEMTREAT for the purpose of selling, offering for sale, influencing the purchase of, or otherwise providing any product, service or equipment competitive with any product, service or equipment sold, offered for sale, provided or under development by CHEMTREAT;

   b.   Servicing, selling to or calling upon any former CHEMTREAT customer with is a current customer of RHEMA ELPIS ENTERPRISES, LLC (or any representative of such person or entity) whose current customer relationship resulted from the wrongful conduct of GREGORY P. KINSMAN as alleged in Plaintiff's Complaint;

4.   On December 8, 2005 this Court entered an Agreed Order converting the Temporary Restraining Orders to Preliminary Injunctions to remain in full force and effect throughout the pendency of this cause of action.

5.   The Defendants have violated the terms of the injunctions entered herein in one or more of the following ways:

   a.   MICHELLE M. KINSMAN and/or RHEMA ELPIS ENTERPRISES, LLC have continued to accept orders and make sales to Carus Chemical Company which was a customer of GREGORY P. KINSMAN prior to his termination of employment;

   b.   GREGORY P. KINSMAN continues to regularly meet with representatives of Carus Chemical Company in violation of the injunctions entered herein; and

   c.   MICHELLE M. KINSMAN and/or RHEMA ELPIS ENTERPRISES, LLC continue to accept orders and make sales to other former and/or current CHEMTREAT customers for whom GREGORY P. KINSMAN previously had primary responsibility.

6.  As a result of the foregoing conduct the Defendants are in direct and willful violation of this Court's Injunctive Orders.

WHEREFORE, Plaintiff, CHEMTREAT, INC., prays that this Court issue a Rule to Show Cause demanding the appearance of the Defendants at a date certain to show cause why they should not be held in contempt of this Court for their willful violations of the Injunctive Orders entered herein.

                                        CASSIDY & MUELLER


                                        By: s/  Andrew D. CASSIDY
                                            Attorneys for the Plaintiff,
                                            CHEMTREAT, INC., a Virginia corporation

Andrew D. Cassidy
CASSIDY & MUELLER
323 Commerce Bank Bldg.
416 Main Street
Peoria, Illinois 61602
Telephone: 309/676-0591

## CERTIFICATE OF SERVICE

       I hereby certify that on June 27, 2006, I electronically filed the foregoing Petition for Rule to Show Cause with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kevin Wolfe           jkwolfe@hslaw.us

                                          s/    ANDREW D. CASSIDY
                                                CASSIDY & MUELLER
                                                416 Main Street, Suite 323
                                                Peoria, IL 61602
                                                Telephone: 309/676-0591
                                                Fax: 309/676-8036
                                                E-mail: dcassidy@cassidymueller.com