E-FILED
Tuesday, 11 July, 2006  03:05:15 PM
Clerk, U.S. District Court, ILCD

## U.S. DISTRICT COURT
## FOR CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| CHEMTREAT, INC., a Virginia corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No.: 05-CV-1336 |
| GREGORY P. KINSMAN, and MICHELLE M. KINSMAN, individually and d/b/a RHEMA ELPIS ENTERPRISES, LLC, | ) ) ) ) ) ) |
| Defendant. | ) |

## RESPONSE TO PETITION FOR RULE TO SHOW CAUSE

**Now Comes** the Defendants, **Gregory P. Kinsman, and Michelle M. Kinsman, individually and d/b/a Rhema Elpis Enterprises, LLC**, and for their response to the Petition for Rule to Show Cause by Plaintiff, **Chemtreat, Inc.**, a Virginia corporation, ("**Chemtreat**") and pursuant to the Court's order, hereby responds as follows:

1. Defendants admit the allegations of Petition paragraph No. 1.

2. Defendants admit the allegations set forth in Petition paragraph No. 2.

3. Defendants admit the allegations set forth in Petition paragraph No. 3. and each subparagraph therein.

4. Defendants admit the allegations set forth in Petition paragraph No. 4.

5. Defendants deny the allegations set forth in Petition paragraph No. 5. in that the Order of December 8, 2005 stated that Defendants were prevented from

servicing, selling, calling upon or otherwise doing business with those customers whose current customer relationship "resulted from the wrongful conduct of Gregory P. Kinsman." Defendants raised this during arguments at Plaintiff's Petition for Temporary Restraining Order and Defendants concerns were incorporated into the temporary restraining order which was converted to the preliminary injunction as of December 8, 2005. Moreover, Defendants have denied and continue to deny that any contact by Gregory P. Kinsman is in violation of the injunctions that have been entered into herein and specifically denies that any of the customers currently held by Rhema Elpis Enterprises, LLC were the result of any wrongful conduct.

6. Defendants deny that they are in direct and willful violation of the Court's injunctive orders.

**Wherefore**, Defendants, **Gregory P. Kinsman and Michelle M. Kinsman, individually and d/b/a Rhema Elpis Enterprises, LLC**, pray that this Court dismiss the Petition for Rule to Show Cause.

          **Gregory P. Kinsman and Michelle Kinsman individually and d/b/a Rhema Elpis Enterprises, LLC, Defendants**

By:   s/ J. Kevin Wolfe
       J. KEVIN WOLFE

**HARVEY & STUCKEL, CHTD.**
331 Fulton Street, Suite 650
Peoria, Illinois 61602
Telephone: (309) 671-4900
Facsimile: (309) 671-5473