E-FILED
Wednesday, 12 July, 2006  11:46:52 AM
Clerk, U.S. District Court, ILCD

# U.S. DISTRICT COURT
## FOR CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | | |
|---|---|---|
| CHEMTREAT, INC., a Virginia corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 05-CV-1336 |
| | ) | |
| GREGORY P. KINSMAN, and MICHELLE M. KINSMAN, individually and d/b/a RHEMA ELPIS ENTERPRISES, LLC, | ) ) ) ) | |
| | ) | |
| Defendant. | ) | |

## **PROOF OF SERVICE**

I certify that on July 11, 2006, I electronically filed the Response to Petition for Rule to Show Cause with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Andrew D. Cassidy, Esq.

dcassidy@cassidymueller.com
       OR
, kd@cassidymueller.com


                                                         s/ J. Kevin Wolfe


**HARVEY & STUCKEL, CHTD.**
331 Fulton Street, Suite 650
Peoria, Illinois 61602
Telephone: (309) 671-4900
Facsimile: (309) 671-5473

F:\Miranda\MI\15844\Proof.Service.Resp.Pet.Rule.Show.Cause.wpd