E-FILED
Tuesday, 18 July, 2006 08:48:30 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | |
|---|---|
| CHEMTREAT, INC., ) <br> a Virginia corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GREGORY P. KINSMAN, and ) <br> MICHELLE M. KINSMAN, individually) <br> and d/b/a REMA CHEMICALS, ) <br> ) <br> Defendants. | Case No. 05-1336 |

## O R D E R

    Before the Court is Plaintiff's Petition for Rule to Show Cause [Doc. #40], and Defendants' Response [Doc. #41]. Since there appears to be a factual dispute as to whether the preliminary injunctions issued by this Court have been violated, the parties are hereby ordered to appear before this Court in person for an evidentiary hearing on Wednesday, August 2, 2006, at 3:00 pm in Courtroom D.

    IT IS THEREFORE ORDERED that Plaintiff's Petition for Rule to Show Cause [Doc. #40] is hereby GRANTED.

    ENTERED this  17th  day of July, 2006.

                                                 /s/ Joe B. McDade
                                                   Joe Billy McDade
                                      United States District Judge

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
#### PEORIA DIVISION

```
CHEMTREAT, INC.,                      )
a Virginia corporation,               )
                                      )
        Plaintiff,                    )
                                      )
    v.                                )   Case No. 05-1336
                                      )
GREGORY P. KINSMAN, and               )
MICHELLE M. KINSMAN, individually)
and d/b/a REMA CHEMICALS,             )
                                      )
        Defendants.                   )
```

## **O R D E R**

Before the Court is Plaintiff's Petition for Rule to Show Cause [Doc. #40], and Defendants' Response [Doc. #41]. Since there appears to be a factual dispute as to whether the preliminary injunctions issued by this Court have been violated, the parties are hereby ordered to appear before this Court in person for an evidentiary hearing on Wednesday, August 2, 2006, at 3:00 pm in Courtroom D.

IT IS THEREFORE ORDERED that Plaintiff's Petition for Rule to Show Cause [Doc. #40] is hereby GRANTED.

ENTERED this  17th  day of July, 2006.

                        /s/ Joe B. McDade
                         Joe Billy McDade
                    United States District Judge

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
#### PEORIA DIVISION

```
CHEMTREAT, INC.,                    )
a Virginia corporation,             )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )    Case No. 05-1336
                                    )
GREGORY P. KINSMAN, and             )
MICHELLE M. KINSMAN, individually)
and d/b/a REMA CHEMICALS,           )
                                    )
        Defendants.                 )
```

## O R D E R

Before the Court is Plaintiff's Petition for Rule to Show Cause [Doc. #40], and Defendants' Response [Doc. #41]. Since there appears to be a factual dispute as to whether the preliminary injunctions issued by this Court have been violated, the parties are hereby ordered to appear before this Court in person for an evidentiary hearing on Wednesday, August 2, 2006, at 3:00 pm in Courtroom D.

IT IS THEREFORE ORDERED that Plaintiff's Petition for Rule to Show Cause [Doc. #40] is hereby GRANTED.

ENTERED this  17th  day of July, 2006.

                            /s/ Joe B. McDade
                            Joe Billy McDade
                            United States District Judge