U.S. DISTRICT COURT
FOR CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| CHEMTREAT, INC. a Virginia corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GREGORY P. KINSMAN, ) <br> MICHELLE M. KINSMAN and ) <br> RHEMA ELPIS ENTERPRISES, ) <br> LLC, ) <br> ) <br> Defendants. ) | Case No. 05 CV 1336 |

**TO:** LCN Closers Division, Ingersoll/Rand Company, 121 W. Railroad Avenue, East Dock, Princeton, IL 61356

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY: | COURTROOM: |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case:

| PLACE OF DEPOSITION: | DATE AND TIME: |
|---|---|

▶ **YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):**

**Copies of any and all invoices/bill from RHEMA ELPIS ENTERPRISES, LLC for chemicals and/or other product purchases from November 1, 2005 to the present.**

| PLACE: | **CASSIDY & MUELLER** <br> **416 Main Street, Suite 323** <br> **Peoria, IL 61602** | DATE AND TIME <br> **August 18, 2006** <br> **10:00 a.m.** |
|---|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below:

| PREMISES: | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify Federal Rules of Civil Procedure, 30(b)(6).

| AS AN OFFICER OF THE COURT | DATE |
|---|---|
| By | |

| This subpoena is issued upon application of the: <br> /X/ Plaintiff    /_/ Defendant    /_/ U.S. Attorney | QUESTIONS MAY BE ADDRESSED TO: <br> **CASSIDY & MUELLER** <br> **416 MAIN ST., SUITE 323** <br> **PEORIA, IL 61602** <br> **309/676-0591** |
|---|---|