E-FILED
Thursday, 10 August, 2006 04:33:47 PM
Clerk, U.S. District Court, ILCD

# U.S. DISTRICT COURT
## FOR CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| CHEMTREAT, INC., a Virginia corporation, ) ) ) Plaintiff, ) ) v. ) ) GREGORY P. KINSMAN, and ) MICHELLE M. KINSMAN, individually ) and d/b/a RHEMA ELPIS ) ENTERPRISES, LLC, ) ) Defendant. ) | Case No.: 05-CV-1336 |

## MOTION FOR EXTENSION OF TIME

Now Comes, Gregory P. Kinsman and Michelle M. Kinsman, individually and d/b/a Rhema Elpis Enterprises, LLC by their attorneys, J. Kevin Wolfe of Harvey & Stuckel, Chtd., and for their Motion for an Extension of Time to Respond to Motion for Summary Judgment states as follows:

1.  Plaintiff has filed a Motion for Summary Judgment as to Counts IV, V and X and Motion for Partial Summary Judgment as to Counts I through III and VI through IX on Plaintiff's Second Amended Complaint.

2.  Defendants have been ordered to file a response by August 11, 2006.

3.  In addition to the deadline for filing a response to the motion, counsel for Defendant has been preparing a matter that was previously scheduled for jury trial and was set for August 14, 2006. Counsel for Defendant has diligently attempted to prepare all the necessary pleadings to respond to the Motion for Summary Judgment

but anticipates that the response will not be ready by the Court's deadline of August 11, 2006.

4.      Counsel for Defendant has consulted with counsel for Plaintiff and counsel for Plaintiff has indicated that he has no objection to a short continuance of the time Defendant is allowed to file his response to the Motion for Summary Judgment.

5.      Defendant would pray that the Court grant him leave to file his response to the Motion for Summary Judgment on or before August 16, 2006.

WHEREFORE, Defendants, Gregory P. Kinsman and Michelle M. Kinsman, individually and d/b/a Rhema Elpis Enterprises, LLC, prays that the Court grant them an extension of time to file the response to Motion for Summary Judgment up to and including August 16, 2006 and for such further relief as the Court deems just and necessary.

>                             Gregory P. Kinsman and Michelle Kinsman,
>                             Individually and d/b/a Rhema Elpis
>                             Enterprises, LLC, Defendants,
>
>
>                             _____S/ J. Kevin Wolfe_____

J. Kevin Wolfe
Harvey & Stuckel, Chtd.
331 Fulton Street, Suite 650
Peoria, Illinois 61602
Telephone: (309) 671-4900
Facsimile: (309) 671-5473