U.S. DISTRICT COURT
FOR CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| CHEMTREAT, INC., a Virginia corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>GREGORY P. KINSMAN, and MICHELLE M. KINSMAN, individually and d/b/a RHEMA ELPIS ENTERPRISES, LLC,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)   Case No.: 05-CV-1336<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PROOF OF SERVICE

    I certify that on August 16, 2006, I electronically filed the Response to Motion for Summary Judgment as to Counts IV, V, X and Response to Motion for Partial Summary Judgment as to Counts I Through III and Counts VI Through IX of Plaintiff's Second Amended Complaint with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Andrew D. Cassidy, Esq.

    dcassidy@cassidymueller.com
        OR
, kd@cassidymueller.com


                              s/ J. Kevin Wolfe


**HARVEY & STUCKEL, CHTD.**
331 Fulton Street, Suite 650
Peoria, Illinois 61602
Telephone: (309) 671-4900
Facsimile: (309) 671-5473

F:\Miranda\MI\15844\Proof.Service.Resp.Mot.Sum.Judg.wpd