# U.S. DISTRICT COURT
## FOR CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| CHEMTREAT, INC., a Virginia corporation, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No.: 05-CV-1336 |
| GREGORY P. KINSMAN, and MICHELLE M. KINSMAN, individually and d/b/a RHEMA ELPIS ENTERPRISES, LLC, ) ) ) ) ) ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

NOW COME the Defendants, **Gregory P. Kinsman, and Michelle Kinsman**, **individually and d/b/a Rhema Elpis Enterprises, LLC** by their attorneys, Harvey & Stuckel, Chtd., and certify that Defendants have this date served upon Plaintiff, **Chemtreat, Inc.**, a Virginia corporation, the following discovery:

### SUPPLEMENTAL RESPONSE TO REQUEST TO PRODUCE

Dated: August 25, 2006          **Gregory P. Kinsman and Michelle Kinsman, Defendants**

By:   s/ J. Kevin Wolfe
           J. KEVIN WOLFE

**HARVEY & STUCKEL, CHTD.**
331 Fulton Street, Suite 650
Peoria, Illinois 61602
Telephone: (309) 671-4900
Facsimile: (309) 671-5473

F:\Miranda\MI\15844\certofservsupprrtp.wpd