**E-FILED**
Friday, 01 September, 2006  10:11:04 AM
Clerk, U.S. District Court, ILCD

U.S. DISTRICT COURT
FOR CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| CHEMTREAT, INC. a Virginia corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.  05 CV 1336 |
| GREGORY P. KINSMAN, and MICHELLE M. KINSMAN, individually and d/b/a RHEMA ELPIS ENTERPRISE, LLC, | ) ) ) ) ) | |
| Defendants. | ) ) | |

### SUPPLEMENT TO PETITION FOR RULE TO SHOW CAUSE

NOW COMES the Plaintiff, CHEMTREAT, INC., a Virginia corporation ("CHEMTREAT"), by its attorneys, Cassidy & Mueller, and for its Supplement to the previously filed Petition for Rule to Show Cause submits as follows:

1.      Attached hereto as Exhibit A are true and correct copies of RHEMA invoices evidencing nine (9) separate sales transactions to Carus Chemical Company, in the total amount of $91,469.89, subsequent to the entry of the injunction in this cause.

2.      Attached hereto as Exhibit B are true and correct copies of RHEMA invoices evidencing ten (10) separate sales transactions to Ingersoll/Rand - LCN Closers, in the total amount of $3,694.44, subsequent to the entry of the injunction in this cause.

3.      Attached hereto as Exhibit C is a true and correct copy of a RHEMA invoice evidencing a sales transaction to Monmouth College, in the amount of $843.09, subsequent to the entry of the injunction in this cause.

4.    Attached hereto as Exhibit D is a true and correct copy of a RHEMA invoice evidencing a sales transaction to Bob Evans Farms, in the amount of $2,967.14, subsequent to the entry of the injunction in this cause.

5.    Attached hereto as Exhibit E is a true and correct copy of a RHEMA invoice evidencing a sales transaction to Illinois Cement Company in the amount of $1,785.16, subsequent to the entry of the injunction in this cause.

6.    Carus Chemical Company, Ingersoll/Rand - LCN Closers, Monmouth College, Bob Evans Farms and Illinois Cement Company are all former CHEMTREAT customers for which GREGORY KINSMAN had primary sales responsibility during his employment with CHEMTREAT.

WHEREFORE, Plaintiff, CHEMTREAT, INC., prays that this court finds the Defendants in violation of this Court's injunction as a result of sales to these former CHEMTREAT customers and for such other and further relief as this Court deems just and reasonable.

CASSIDY & MUELLER,


By: s/  Andrew D. CASSIDY
        Attorneys for the Plaintiff,
        CHEMTREAT, INC., a Virginia corporation


Andrew D. Cassidy
CASSIDY & MUELLER
323 Commerce Bank Bldg.
416 Main Street
Peoria, Illinois 61602
Telephone: 309/676-0591

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 1, 2006, I electronically filed the foregoing Supplement to Petition for Rule to Show Cause with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kevin Wolfe          jkwolfe@hslaw.us

s/      ANDREW D. CASSIDY
                  CASSIDY & MUELLER
                  416 Main Street, Suite 323
                  Peoria, IL 61602
                  Telephone: 309/676-0591
                  Fax: 309/676-8036
                  E-mail: dcassidy@cassidymueller.com

E-FILED
Friday, 01 September, 2006
Clerk, U.S. District Court, ILCD

# RHEMA Elpis Enterprises, LLC

P. O. Box 127
Tiskilwa, IL 61368
Phone 815-872-1590
Fax 815-872-1590

## Invoice



| Date | Invoice # |
|------|-----------|
| 11/28/2005 | 1083 |

| Bill To |
|---------|
| Carus Chemical Company<br>Attn: Accounts Payable<br>1500 Eighth Street<br>LaSalle, IL 61301 |

| Account # |
|-----------|
|  |

| P.O. # | Terms |
|--------|-------|
| 42541 | Net 60 |

| Quantity | Description | Price Each | Amount |
|----------|-------------|------------|--------|
| 1 | Sodium Sulfite Catalyzed (400 lbs) @ 1.22/lb | 488.00 | 488.00T |
| 1 | REB 920 ~ 330 gal tote (2693 lbs. @ $2.82/lb) | 7,594.26 | 7,594.26T |
|  | Sales Tax | 6.25% | 505.14 |

Thank you for your business.

| Total | $8,587.40 |
|-------|-----------|

# Invoice

**RHEMA Elpis Enterprises, LLC**

P. O. Box 127
Tiskilwa, IL 61368
Phone 815-872-1590
Fax 815-872-1590

| Date | Invoice # |
|------|-----------|
| 12/14/2005 | 1085 |



| Bill To |
|---------|
| Carus Chemical Company
Attn: Accounts Payable
1500 Eighth Street
LaSalle, IL 61301 |

| Account # |
|-----------|
|  |

| P.O. # | Terms |
|--------|-------|
| 42569 | Net 60 |

| Quantity | Description | Price Each | Amount |
|----------|-------------|------------|--------|
| 2 | RE730 - 330 gal tote (2907 lbs. @ $1.40/lb)
Sales Tax | 4,069.80
6.25% | 8,139.60T
508.73 |

| | | | |
|--|--|--|--|
| Thank you for your business. | | **Total** | $8,648.33 |

# Invoice

**RHEMA Elpis Enterprises, LLC**

P. O. Box 127
Tiskilwa, IL 61368
Phone 815-872-1590
Fax 815-872-1590

| Date | Invoice # |
|------|-----------|
| 1/24/2006 | 1087 |



| Bill To |
|---------|
| Carus Chemical Company<br>Attn: Accounts Payable<br>1500 Eighth Street<br>LaSalle, IL 61301 |

| Account # |
|-----------|
|  |

| P.O. # | Terms |
|--------|-------|
| 42605 | Net 60 |

| Quantity | Description | Price Each | Amount |
|----------|-------------|-----------|--------|
| 1 | Versene 100 - 330 gal tote (3600 lbs @ $1.55/lb) | 5,580.00 | 5,580.00T |
| 1 | RE730 - 330 gal tote (2907 lbs. @ $1.40/lb) | 4,069.80 | 4,069.80T |
| 1 | REB 920 ~ 330 gal tote (2693 lbs. @ $2.82/lb) | 7,594.26 | 7,594.26T |
|  | Sales Tax | 6.25% | 1,077.75 |

Thank you for your business.

**Total** $18,321.81

# RHEMA Elpis Enterprises, LLC

P. O. Box 127
Tiskilwa, IL 61368
Phone 815-872-1590
Fax 815-872-1590

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/6/2006 | 1088 |



| Bill To |
|---------|
| Carus Chemical Company<br>Attn:  Accounts Payable<br>1500 Eighth Street<br>LaSalle, IL 61301 |

| Account # |
|-----------|
|  |

| P.O. # | Terms |
|--------|-------|
| 42627 | Net 60 |

| Quantity | Description | Price Each | Amount |
|----------|-------------|------------|--------|
| 2 | Sodium Sulfite Catalyzed (400 lbs) @ 1.22/lb | 488.00 | 976.00T |
|  | Sales Tax | 6.25% | 61.00 |

Thank you for your business.

| **Total** | $1,037.00 |
|-----------|-----------|

**RHEMA Elpis Enterprises, LLC**

# Invoice

P. O. Box 127
Tiskilwa, IL 61368
Phone 815-872-1590
Fax 815-872-1590

| Date | Invoice # |
|------|-----------|
| 3/10/2006 | 1091 |



| Bill To |
|---------|
| Carus Chemical Company<br>Attn:  Accounts Payable<br>1500 Eighth Street<br>LaSalle, IL 61301 |

| Account # |
|-----------|
|  |

| P.O. # | Terms |
|--------|-------|
| 42651 | Net 60 |

| Quantity | Description | Price Each | Amount |
|----------|-------------|------------|--------|
| 1 | RE680 - 330 gal tote (2827 lbs. @ $1.40/lb) | 3,957.80 | 3,957.80T |
| 2 | RE730 - 330 gal tote (2907 lbs. @ $1.40/lb) | 4,069.80 | 8,139.60T |
|  | Sales Tax | 6.25% | 756.09 |

Thank you for your business.

| **Total** | $12,853.49 |
|-----------|------------|

# Invoice

**RHEMA Elpis Enterprises, LLC**

P. O. Box 127
Tiskilwa, IL 61368
Phone 815-872-1590
Fax 815-872-1590

| Date | Invoice # |
|------|-----------|
| 4/4/2006 | 1093 |



| Bill To |
|---------|
| Carus Chemical Company<br>Attn: Accounts Payable<br>1500 Eighth Street<br>LaSalle, IL 61301 |

| Account # |
|-----------|
|  |

| P.O. # | Terms |
|--------|-------|
| 42685 | Net 60 |

| Quantity | Description | Price Each | Amount |
|----------|-------------|------------|--------|
| 1 | REB 920 ~ 330 gal tote (2693 lbs. @ $2.82/lb)<br>Sales Tax | 7,594.26<br>6.25% | 7,594.26T<br>474.64 |

Thank you for your business.

| **Total** | $8,068.90 |
|-----------|-----------|

# Invoice

**RHEMA Elpis Enterprises, LLC**

P. O. Box 127
Tiskilwa, IL 61368
Phone 815-872-1590
Fax 815-872-1590

| Date | Invoice # |
|------|-----------|
| 5/18/2006 | 1096 |



| Bill To |
|---------|
| Carus Chemical Company<br>Attn:  Accounts Payable<br>1500 Eighth Street<br>LaSalle, IL 61301 |

| Account # |
|-----------|
|  |

| P.O. # | Terms |
|--------|-------|
| 42749 | Net 60 |

| Quantity | Description | Price Each | Amount |
|----------|-------------|------------|--------|
| 2 | RE730 - 330 gal tote (2907 lbs. @ $1.40/lb) | 4,069.80 | 8,139.60T |
| 1 | REB 920 ~ 330 gal tote (2693 lbs. @ $2.82/lb) | 7,594.26 | 7,594.26T |
|  | Sales Tax | 6.25% | 983.37 |

Thank you for your business.

| **Total** | **$16,717.23** |
|-----------|----------------|

**RHEMA Elpis Enterprises, LLC**

# Invoice

P. O. Box 127
Tiskilwa, IL 61368
Phone 815-872-1590
Fax 815-872-1590

| Date | Invoice # |
|------|-----------|
| 6/26/2006 | 1099 |

| Bill To |
|---------|
| Carus Chemical Company<br>Attn: Accounts Payable<br>1500 Eighth Street<br>LaSalle, IL 61301 |

| Account # |
|-----------|
|  |

| P.O. # | Terms |
|--------|-------|
| 42785 | Net 60 |

| Quantity | Description | Price Each | Amount |
|----------|-------------|-----------|--------|
| 1 | Sodium Sulfite Catalyzed (400 lbs) @ 1.22/lb<br>Sales Tax | 488.00<br>6.25% | 488.00T<br>30.50 |

Thank you for your business.

| Total | $518.50 |
|-------|---------|

# Invoice

**RHEMA Elpis Enterprises, LLC**

P. O. Box 127
Tiskilwa, IL 61368
Phone 815-872-1590
Fax 815-872-1590

| Date | Invoice # |
|------|-----------|
| 7/28/2006 | 1102 |

| Account # |
|-----------|
| |

| Bill To |
|---------|
| Carus Chemical Company<br>Attn:  Accounts Payable<br>1500 Eighth Street<br>LaSalle, IL 61301 |

| P.O. # | Terms |
|--------|-------|
| 42809 | Net 60 |

| Quantity | Description | Price Each | Amount |
|----------|-------------|------------|--------|
| 2 | RE730 - 330 gal tote (2907 lbs. @ $1.40/lb) | 4,069.80 | 8,139.60T |
| 1 | REB 920 ~ 330 gal tote (2693 lbs. @ $2.82/lb) | 7,594.26 | 7,594.26T |
| | Sales Tax | 6.25% | 983.37 |

Thank you for your business.

| **Total** | $16,717.23 |
|-----------|-----------|

**E-FILED**
Friday, 01 September, 2006 ~~09:58:41 AM~~
Clerk, U.S. District Court, ILCD

**RHEMA Elpis Enterprises, LLC**

P. O. Box 127
Tiskilwa, IL 61368
Phone 815-872-1590
Fax 815-872-1590

**Invoice**

| Date | Invoice # |
|---|---|
| 11/25/2005 | 1082 |



| Bill To |
|---|
| IR-LCN Closers
P. O. Box 981270
El Paso, TX 79998-1123 |

| Account # |
|---|
| |

| P.O. # | Terms |
|---|---|
| 93973 | Net 45 |

| Quantity | Description | Price Each | Amount |
|---|---|---|---|
| 1 | Polymer 2002, 40 lb Carboy @ $3.72/lb | 148.80 | 148.80T |
| 1 | Blend KD1 612 lb @ 0.72.lb | 440.64 | 440.64T |
| | Sales Tax | 6.25% | 36.84 |

Thank you for your business.

| **Total** | $626.28 |
|---|---|

# Invoice

**RHEMA Elpis Enterprises, LLC**

P. O. Box 127
Tiskilwa, IL 61368
Phone 815-872-1590
Fax 815-872-1590

| Date | Invoice # |
|------|-----------|
| 12/2/2005 | 1084 |



| Bill To |
|---------|
| IR-LCN Closers<br>P. O. Box 981270<br>El Paso, TX 79998-1123 |

| Account # |
|-----------|
|           |

| P.O. # | Terms |
|--------|-------|
| 94325 | Net 45 |

| Quantity | Description | Price Each | Amount |
|----------|-------------|------------|--------|
| 40 | Hydrated Lime | 7.12 | 284.80T |
|  | Sales Tax | 6.25% | 17.80 |

Thank you for your business.

| **Total** | $302.60 |

# Invoice

**RHEMA Elpis Enterprises, LLC**

P. O. Box 127
Tiskilwa, IL 61368
Phone 815-872-1590
Fax 815-872-1590

| Date | Invoice # |
|------|-----------|
| 1/5/2006 | 1086 |



| Bill To |
|---------|
| IR-LCN Closers<br>P. O. Box 981270<br>El Paso, TX 79998-1123 |

| Account # |
|-----------|
|  |

| P.O. # | Terms |
|--------|-------|
| 94921 | Net 45 |

| Quantity | Description | Price Each | Amount |
|----------|-------------|------------|--------|
| 40 | Hydrated Lime | 7.12 | 284.80T |
|  | Sales Tax | 6.25% | 17.80 |

Thank you for the opportunity to be of service.

| **Total** | $302.60 |
|-----------|---------|

# RHEMA Elpis Enterprises, LLC

# Invoice

P. O. Box 127
Tiskilwa, IL 61368
Phone 815-872-1590
Fax 815-872-1590

| Date | Invoice # |
|------|-----------|
| 2/28/2006 | 1089 |



| Bill To |
|---------|
| IR-LCN Closers |
| P. O. Box 981270 |
| El Paso, TX 79998-1123 |

| Account # |
|-----------|
|  |

| P.O. # | Terms |
|--------|-------|
| 96058 | Net 45 |

| Quantity | Description | Price Each | Amount |
|----------|-------------|------------|--------|
| 1 | Blend KD1 612 lb @ 0.72.lb | 440.64 | 440.64T |
|  | Sales Tax | 6.25% | 27.54 |

Thank you for your business.

| **Total** | **$468.18** |
|-----------|-------------|

# RHEMA Elpis Enterprises, LLC

P. O. Box 127
Tiskilwa, IL 61368
Phone 815-872-1590
Fax 815-872-1590

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/10/2006 | 1090 |



| Bill To |
|---------|
| IR-LCN Closers<br>P. O. Box 981270<br>El Paso, TX 79998-1123 |

| Account # |
|-----------|
|  |

| P.O. # | Terms |
|--------|-------|
| 96219 | Net 45 |

| Quantity | Description | Price Each | Amount |
|----------|-------------|------------|--------|
| 40 | Hydrated Lime<br>Sales Tax | 7.12<br>6.25% | 284.80T<br>17.80 |

Thank you for your business.

**Total** $302.60

# Invoice

**RHEMA Elpis Enterprises, LLC**

P. O. Box 127
Tiskilwa, IL 61368
Phone 815-872-1590
Fax 815-872-1590

| Date | Invoice # |
|------|-----------|
| 4/21/2006 | 1094 |



| Bill To |
|---------|
| IR-LCN Closers<br>P. O. Box 981270<br>El Paso, TX 79998-1123 |

| Account # |
|-----------|
|           |

| P.O. # | Terms |
|--------|-------|
| 96977 | Net 45 |

| Quantity | Description | Price Each | Amount |
|----------|-------------|------------|--------|
| 40 | Hydrated Lime | 7.12 | 284.80T |
| 1 | Polymer 2002, 40 lb Carboy @ $3.72/lb | 148.80 | 148.80T |
|  | Sales Tax | 6.25% | 27.10 |

Thank you for your business.

| **Total** | **$460.70** |
|-----------|-------------|

# Invoice

**RHEMA Elpis Enterprises, LLC**

P. O. Box 127
Tiskilwa, IL 61368
Phone 815-872-1590
Fax 815-872-1590

| Date | Invoice # |
|------|-----------|
| 6/9/2006 | 1097 |



| Bill To |
|---------|
| IR-LCN Closers<br>P. O. Box 981270<br>El Paso, TX 79998-1123 |

| Account # |
|-----------|
|  |

| P.O. # | Terms |
|--------|-------|
| 97965 | Net 45 |

| Quantity | Description | Price Each | Amount |
|----------|-------------|------------|--------|
| 40 | Hydrated Lime | 7.12 | 284.80T |
|  | Sales Tax | 6.25% | 17.80 |

Thank you for your business.

| **Total** | $302.60 |

**RHEMA Elpis Enterprises, LLC**

# Invoice

P. O. Box 127
Tiskilwa, IL 61368
Phone 815-872-1590
Fax 815-872-1590

| Date | Invoice # |
|------|-----------|
| 6/15/2006 | 1098 |



| Bill To |
|---------|
| IR-LCN Closers<br>P. O. Box 981270<br>El Paso, TX 79998-1123 |

| Account # |
|-----------|
|  |

| P.O. # | Terms |
|--------|-------|
| 98125 | Net 45 |

| Quantity | Description | Price Each | Amount |
|----------|-------------|------------|--------|
| 1 | Blend KD1 612 lb @ 0.72.lb<br>Sales Tax | 440.64<br>6.25% | 440.64T<br>27.54 |

Thank you for your business.

| **Total** | $468.18 |
|-----------|---------|

# RHEMA Elpis Enterprises, LLC

# Invoice

P. O. Box 127
Tiskilwa, IL 61368
Phone 815-872-1590
Fax 815-872-1590

| Date | Invoice # |
| --- | --- |
| 7/20/2006 | 1100 |

| Bill To |
| --- |
| IR-LCN Closers
P. O. Box 981270
El Paso, TX 79998-1123 |

| Account # |
| --- |
| |

| P.O. # | Terms |
| --- | --- |
| 98646 | Net 45 |

| Quantity | Description | Price Each | Amount |
| --- | --- | --- | --- |
| 40 | Hydrated Lime | 7.12 | 284.80T |
| | Sales Tax | 6.25% | 17.80 |

Thank you for your business.

**Total** $302.60

**RHEMA Elpis Enterprises, LLC**

# Invoice

P. O. Box 127
Tiskilwa, IL 61368
Phone 815-872-1590
Fax 815-872-1590

| Date | Invoice # |
|------|-----------|
| 7/20/2006 | 1101 |

| Bill To |
|---------|
| IR-LCN Closers<br>P. O. Box 981270<br>El Paso, TX 79998-1123 |

| Account # |
|-----------|
|  |

| P.O. # | Terms |
|--------|-------|
| 98636 | Net 45 |

| Quantity | Description | Price Each | Amount |
|----------|-------------|------------|--------|
| 1 | Polymer 2002, 40 lb Carboy @ $3.72/lb | 148.80 | 148.80T |
|  | Sales Tax | 6.25% | 9.30 |

Thank you for your business.

| Total | $158.10 |
|-------|---------|

E-FILED
Friday, 01 September, 2006
Clerk, U.S. District Court, ILCD

# **Invoice**

**RHEMA Elpis Enterprises, LLC**

P. O. Box 127
Tiskilwa, IL 61368
Phone 815-872-1590
Fax 815-872-1590

| Date | Invoice # |
|---|---|
| 11/9/2005 | 1081 |



| Bill To |
|---|
| Monmouth College
700 East Broadway
Monmouth,  IL  61462 |

| Account # |
|---|
|  |

| P.O. # | Terms |
|---|---|
| B0000106 | Net 30 |

| Quantity | Description | Price Each | Amount |
|---|---|---|---|
| 1 | RE 680 - 55 gal drum (471 lbs) | 843.09 | 843.09 |

Thank you for the opportunity to be of service.

| **Total** | $843.09 |
|---|---|

E-FILED
Friday, 01 September, 2006 ~~11:01:20 AM~~
Clerk, U.S. District Court, ILCD

# RHEMA Elpis Enterprises, LLC

P. O. Box 127
Tiskilwa, IL 61368
Phone 815-872-1590
Fax 815-872-1590

**Invoice**



| Date | Invoice # |
|---|---|
| 3/23/2006 | 1092 |

| Bill To |
|---|
| Bob Evans Farms
P. O. Box 225
Galva, IL  61434 |

| Account # |
|---|
|  |

| P.O. # | Terms |
|---|---|
| G9152 | Net 30 |

| Quantity | Description | Price Each | Amount |
|---|---|---|---|
| 1 | RE730 ~ 55 gal drum (484 lbs. @ $2.55/lb) | 1,234.20 | 1,234.20T |
| 1 | RE CW810 ( 55 gal drum, 487 lbs @ 3.20/lb) | 1,558.40 | 1,558.40T |
|  | Sales Tax | 6.25% | 174.54 |

Thank you for your business.

| Total | $2,967.14 |
|---|---|

E-FILED
Friday, 01 September, 2006
Clerk, U.S. District Court, ILCD

**RHEMA Elpis Enterprises, LLC**

P. O. Box 127
Tiskilwa, IL 61368
Phone 815-872-1590
Fax 815-872-1590

# Invoice

| Date | Invoice # |
|---|---|
| 4/21/2006 | 1095 |



| Bill To |
|---|
| Illinois Cement
Liberty Street
LaSalle, IL 31601 |

| Account # |
|---|
| |

| P.O. # | Terms |
|---|---|
| 87559 | Net 30 |

| Quantity | Description | Price Each | Amount |
|---|---|---|---|
| 1 | Blend RE CW810 ( 55 gal drum - 487 lbs. @ 3.45/lb) | 1,680.15 | 1,680.15T |
| | Sales Tax | 6.25% | 105.01 |

Thank you for your business.

| Total | $1,785.16 |
|---|---|