E-FILED
Friday, 15 September, 2006  10:09:12 AM
Clerk, U.S. District Court, ILCD

# U.S. DISTRICT COURT
## FOR CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| CHEMTREAT, INC., a Virginia corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: 05-CV-1336 ) |
| GREGORY P. KINSMAN, and MICHELLE M. KINSMAN, individually and d/b/a RHEMA ELPIS ENTERPRISES, LLC, | ) ) ) ) ) |
| Defendant. | ) |

## RESPONSE TO SUPPLEMENT TO PETITION
## FOR RULE TO SHOW CAUSE

Now come the Defendants, Gregory P. Kinsman, and Michelle M. Kinsman, individually and d/b/a Rhema Elpis Enterprises, LLC and for their Response to Supplement to Petition for Rule to Show Cause, and pursuant to the Court's docket entry of September 1, 2006 requiring Defendants response on or before September 15, 2006, states as follows:

    1. - 5.    Defendants admit that each exhibit listed therein are true and accurate copies of Rhema invoices for sales transactions as alleged the Supplement.

    2.    Defendants admit the allegations of paragraph 6.

    3.    Defendants restate and reallege their response to the Petition for Rule to Show Cause previously filed in this action.

WHEREFORE, Defendants, Gregory P. Kinsman, and Michelle M. Kinsman, individually and d/b/a Rhema Elpis Enterprises, LLC pray that the Court deny Plaintiff's Petition for Rule to Show Cause and for such further relief as the Court deems just and necessary.

Respectfully submitted,

                              HARVEY & STUCKEL, CHTD.,


                              BY:    s/ J. Kevin Wolfe
                                     J. Kevin Wolfe


J. Kevin Wolfe, Esq.
**HARVEY & STUCKEL, Chtd.**
331 Fulton Street, Suite 650
Peoria, IL  61602
Telephone: (309) 671-4900
Facsimile: (309) 671-5473