E-FILED
Monday, 18 September, 2006  04:47:57 PM
Clerk, U.S. District Court, ILCD

## U.S. DISTRICT COURT
## FOR CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| CHEMTREAT, INC., a Virginia corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: 05-CV-1336 ) |
| GREGORY P. KINSMAN, and MICHELLE M. KINSMAN, individually and d/b/a RHEMA ELPIS ENTERPRISES, LLC, | ) ) ) ) ) ) |
| Defendant. | ) |

### MOTION TO CONTINUE HEARING ON
### RULE TO SHOW CAUSE

Now come, Gregory P. Kinsman and Michelle M. Kinsman, individually and d/b/a Rhema Elpis Enterprises, LLC by their attorneys, J. Kevin Wolfe of Harvey & Stuckel, Chtd., and pray this Court continue the hearing currently scheduled for September 21, 2006 at 2:30 p.m. and in support thereof, state as follows:

1. This Court has set a motion hearing for September 21, 2006 at 2:30 p.m. before the Honorable Joe Billy McDade with Defendants to appear in person at this hearing.

2. Counsel for defendants had previously scheduled and committed to be in Wayne County, Illinois, to accompany his elderly father-in-law to procedures that are to be performed at Fairfield Memorial Hospital including biopsies and a cystoscope. The nature of those procedures requires that someone accompany this individual and to stay with him following the procedure. This has been scheduled to occur on

September 21, 2006 and is approximately three and a half hours from Peoria, Illinois.

    3.    Counsel for Defendant has consulted with counsel for Plaintiff. Counsel for Plaintiff cannot indicate that he has no objection. However, counsel for Plaintiff did provide counsel for Defendant with dates when he was unavailable for further hearing, including September 25, 26, 29 before 11:00 a.m. and October 2. Counsel for Plaintiff indicated that he was available on any other date during those two weeks.

    4.    Counsel for Defendant is available the whole day of September 28, September 29 after 11:00 a.m., October 4, October 5 and the afternoon of October 6.

    5.    Counsel for Defendant is not making this motion in order to delay any further proceedings or to frustrate the purposes of the Court's most recent Orders in this matter. Counsel for Defendant will abide by any Orders by this Court, including appearing on the date scheduled. Counsel for Defendant is asking for this Court's indulgence in scheduling so that he may keep a prior personal commitment.

    WHEREFORE, counsel for Defendants, Gregory P. Kinsman and Michelle M. Kinsman, individually and d/b/a Rhema Elpis Enterprises, LLC, prays that the Court continue the hearing scheduled for September 21, 2006 at 2:30 p.m. and for such further relief as the Court deems just and necessary.

                    Gregory P. Kinsman and Michelle Kinsman, Individually and d/b/a Rhema Elpis Enterprises, LLC, Defendants,

                    _____S/ J. Kevin Wolfe_____

J. Kevin Wolfe
Harvey & Stuckel, Chtd.
331 Fulton Street, Suite 650
Peoria, Illinois 61602
Telephone: (309) 671-4900
Facsimile: (309) 671-5473