**E-FILED**
Monday, 18 September, 2006  04:49:41 PM
Clerk, U.S. District Court, ILCD

U.S. DISTRICT COURT
FOR CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| CHEMTREAT, INC., a Virginia corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: 05-CV-1336 ) |
| GREGORY P. KINSMAN, and MICHELLE M. KINSMAN, individually and d/b/a RHEMA ELPIS ENTERPRISES, LLC, | ) ) ) ) ) |
| Defendant. | ) |

## PROOF OF SERVICE

I certify that on September 18, 2006, I electronically filed the Motion to Continue Hearing on Rule to Show Cause with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Andrew D. Cassidy, Esq.

dcassidy@cassidymueller.com
    OR
, kd@cassidymueller.com


                                             s/ J. Kevin Wolfe


**HARVEY & STUCKEL, CHTD.**
331 Fulton Street, Suite 650
Peoria, Illinois 61602
Telephone: (309) 671-4900
Facsimile: (309) 671-5473

F:\Miranda\MI\15844\proofofservice'motiontocontinue.wpd