E-FILED
Friday, 22 September, 2006  08:37:06 AM
Clerk, U.S. District Court, ILCD

U.S. DISTRICT COURT
FOR CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

FILED
SEP 2 2 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CHEMTREAT, INC. a Virginia corporation, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 05 CV 1336 |
| GREGORY P. KINSMAN, MICHELLE M. KINSMAN and RHEMA ELPIS ENTERPRISES, LLC, | ) ) ) ) ) |
| Defendants. | ) |

### ORDER

THIS CAUSE coming on for hearing on Plaintiff's Petition for Rule to Show Cause against the Defendants, Plaintiff present by counsel, Andrew D. Cassidy and Defendants present with counsel, J. Kevin Wolfe.

After having been advised as to the maximum penalties in the event of an adverse finding, Defendants conceded the Petition and stipulated to the entry of a contempt finding.

IT IS THEREFORE ORDERED, that the Defendants be, and the same hereby are, found to be in contempt of this Court for violating the Temporary Restraining Order entered on November 9, 2005 and the subsequent Preliminary Injunction entered on December 8, 2005. The Court hereby imposes a fine of $500.00 upon the Defendants to be paid to Plaintiffs within twenty-one (21) days of the entry hereof.

This cause shall remain on the jury trial calendar as previously set for 9:00 a.m. on March 5, 2007. All discovery shall be completed, and all pre-trial motions filed, by January 26, 2007. Final pre-trial conference is set on February 16, 2007 at 11:00 a.m., with the parties to meet with the law clerk at 10:00 a.m. on that day.

Date: Sept 22, 2006

s/Joe B. McDade
_____
Honorable Joe B. McDade


Approved as to form:

By: s/Plaintiff's Attorney
_____
Andrew D. Cassidy, Attorney for Plaintiff
CASSIDY & MUELLER
416 Main Street, Suite 323
Peoria, IL 61602
Telephone: 309/676-0591
Fax: 309/676-8036
E-mail: dcassidy@cassidymueller.com


By: s/Defendant's Attorney
_____
J. Kevin Wolfe, Attorney for Defendants
Harvey & Stuckel, Chtd.
331 Fulton, Ste. 650
Peoria, IL 61602
Telephone: 309/671-4900
Fax: 309/671-5473
E-mail: jkwolfe@hslaw.us

2