U.S. DISTRICT COURT
FOR CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| CHEMTREAT, INC. a Virginia corporation, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 05 CV 1336 ) |
| GREGORY P. KINSMAN, MICHELLE M. KINSMAN and RHEMA ELPIS ENTERPRISES, LLC, | ) ) ) ) |
| Defendants. | ) ) |

### R E C E I P T

Received from Defendants on the 12th day of October, 2006, the sum of $500.00 for payment in satisfaction of the District Court's Order for sanctions dated September 22, 2006.

*[signature]*
Cassidy & Mueller, Attorney for Chemtreat

---

**AMCORE Bank**

AMCORE Bank N.A.
Telephone 1-888-4-AMCORE

140020183202 141146 NEW 04/05 8510018395

10-86/220

701301978

Date 10/10/06

Pay to the Order of ChemTreat Inc — $500.00
EXACTLY **500 AND 00/100 DOLLARS

Signature of Remitter: *Michelle Kinsman*
Address: P.O. Box 312
City and State: Princeton IL 61356

Void over $500.00

Issued by Integrated Payment Systems Inc., Englewood, Colorado
To Citibank, N.A., Buffalo, NY

⑆141146⑆ ⑈022000868⑈ 68007013019780⑉