U.S. DISTRICT COURT
FOR CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| CHEMTREAT, INC., a Virginia corporation, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No.: 05-CV-1336 |
| GREGORY P. KINSMAN, and MICHELLE M. KINSMAN, individually and d/b/a RHEMA ELPIS ENTERPRISES, LLC, ) ) ) ) ) ) | |
| Defendant. ) | |

## PROOF OF SERVICE

I certify that on October 12, 2006, I electronically filed the Receipt for Payment of Sanctions with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Andrew D. Cassidy, Esq.

dcassidy@cassidymueller.com
    OR
, kd@cassidymueller.com


                                        s/ J. Kevin Wolfe

**HARVEY & STUCKEL, CHTD.**
331 Fulton Street, Suite 650
Peoria, Illinois 61602
Telephone: (309) 671-4900
Facsimile: (309) 671-5473

F:\Miranda\MI\15844\proofofservice'receipt.wpd