E-FILED
Monday, 16 October, 2006  03:26:41 PM
Clerk, U.S. District Court, ILCD

## U.S. DISTRICT COURT
## FOR CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| CHEMTREAT, INC., a Virginia corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No.: 05-CV-1336 |
| GREGORY P. KINSMAN, and MICHELLE M. KINSMAN, individually and d/b/a RHEMA ELPIS ENTERPRISES, LLC, | ) ) ) ) ) ) |
| Defendant. | ) |

# ACCOUNTING AND REPORT

Now come Defendants, Gregory P. Kinsman, Michelle M. Kinsman and d/b/a Rhema Elpis Enterprises, LLC, and pursuant to the Courts order of September 15, 2006, submits the following:

1.  Defendants submit Rhema Elpis Enterprises, LLC profit and loss statement of March 1, 2004 through October 9, 2006 as Exhibit A, accounting for all income including equipment sales, product sales and reagent sales, consisting of 2 pages.

2.  Defendants submit Rhema Elpis Enterprises, LLC open invoice report as of October 9, 2006 as Exhibit B showing outstanding invoices as of the date indicated, consisting of 1 page.

3.  Defendants submit Rhema Elpis Enterprises, LLC deposit detail and transaction history as Exhibit C showing outstanding invoice payments totaling

$17,157.87 being deposited in AMCOR Bank, N.A., Account No. 981123672 in the same amount, consisting of 2 pages.

Gregory P. Kinsman and Michelle Kinsman, Individually and d/b/a Rhema Elpis Enterprises, LLC, Defendants,


S/ J. Kevin Wolfe

J. Kevin Wolfe
Harvey & Stuckel, Chtd.
331 Fulton Street, Suite 650
Peoria, Illinois 61602
Telephone:  (309) 671-4900
Facsimile:  (309) 671-5473

10:57 AM
10/09/06
Cash Basis

# RHEMA Elpis Enterprises, LLC
## Profit & Loss
### March 1, 2004 through October 9, 2006

|  | Mar 1, '04 - Oct 9, 06 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
|   Equipment Sales | 1,545.90 |
|   Product Sales | 326,167.61 |
|   Reagents Sales | 932.45 |
| **Total Income** | 328,645.96 |
| **Expense** | |
|   **Automobile Expense** | |
|     Auto-Maintenance | 190.35 |
|     Auto Fuel | 2,947.02 |
|     Depreciation | 29,052.00 |
|     Licensing | 78.00 |
|     Automobile Expense - Other | 1,093.54 |
|   **Total Automobile Expense** | 33,360.91 |
|   Bank Service Charges | 0.00 |
|   Breast Cancer | 100.00 |
|   Business Misc | 1,025.66 |
|   Computer Purchases | 3,473.57 |
|   Container Deposit | 150.00 |
|   Container Service Charge | 245.00 |
|   **Contributions** | |
|     Guests | 525.00 |
|     Misc | 880.00 |
|     Missions | 650.00 |
|     Non-cash contributions | 302.66 |
|     Offering | 6,241.00 |
|     Stewardship | 7,100.00 |
|     Tithe | 16,342.25 |
|     TV | 600.00 |
|     Youth | 104.00 |
|     Contributions - Other | 7,900.00 |
|   **Total Contributions** | 40,644.91 |
|   Delivery Charge | 225.00 |
|   Equipment Expense | 7,696.87 |
|   Expenses-Other | 0.01 |
|   Fed Tax 2005 | 25,490.00 |
|   Freight Charge | 87.54 |
|   Fuel Surcharge | 1,800.00 |
|   Harvey & Stuckel | 7,803.06 |
|   IL 1065 Tax Due 2004 | 405.00 |
|   Insurance | 899.75 |
|   **Interest Expense** | |
|     Loan Interest | 184.46 |
|   **Total Interest Expense** | 184.46 |
|   Licenses and Permits | 418.00 |
|   Member/Owner Distributions 2004 | 14,000.00 |
|   Michelle Kinsman Owner Distribu | 43,200.00 |
|   Miscellaneous | 3,813.53 |
|   Office Supplies | 2,343.89 |
|   Organizational Costs | 500.00 |
|   Other Contributions | 370.00 |
|   Other Expenses-Sales Tax | 37.55 |
|   Pallets | 72.00 |
|   Postage and Delivery | 316.67 |
|   Product Expense | 101,556.90 |
|   Professional Fees | 100.00 |
|   Reagent Expense | 931.02 |
|   Sec of State | 250.00 |
|   SEP 2005 | 12,498.00 |
|   State Est Tax 2006 | 650.00 |
|   State Tax 2005 | 0.00 |
|   Statement Adj | 4.03 |
|   Tax Prep Software | 498.90 |


EXHIBIT A

10:57 AM
10/09/06
Cash Basis

# RHEMA Elpis Enterprises, LLC
## Profit & Loss
### March 1, 2004 through October 9, 2006

|  | Mar 1, '04 - Oct 9, 06 |
|---|---:|
| **Telephone** | |
|    Misc Phone | 2,690.84 |
|    Telephone - Other | 3,343.28 |
| **Total Telephone** | 6,034.12 |
| **Walmart** | 25.23 |
| **Total Expense** | 311,211.58 |
| **Net Ordinary Income** | 17,434.38 |
| **Other Income/Expense** | |
|   Other Income | |
|     Sales Tax MPC~Carus | 0.00 |
| **Total Other Income** | 0.00 |
| **Net Other Income** | 0.00 |
| **Net Income** | **17,434.38** |

11:01 AM
10/09/06

# RHEMA Elpis Enterprises, LLC
## Open Invoices
### As of October 9, 2006

| Date | Num | Terms | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|
| **Carus Chemical Company** | | | | | |
| 8/25/2006 | 1104 | Net 60 | 10/24/2006 | | 777.75 |
| **Total Carus Chemical Company** | | | | | 777.75 |
| **LCN Closers** | | | | | |
| 8/21/2006 | 1103 | Net 45 | 10/5/2006 | 4 | 27.54 |
| 9/1/2006 | 1105 | Net 45 | 10/16/2006 | | 335.75 |
| **Total LCN Closers** | | | | | 363.29 |
| **Refrigeration Systems Company** | | | | | |
| 7/22/2005 | 1069 | Net 30 | 8/21/2005 | 414 | 7,773.00 |
| **Total Refrigeration Systems Company** | | | | | 7,773.00 |
| **TOTAL** | | | | | 8,914.04 |



EXHIBIT B

Page 1

# RHEMA Elpis Enterprises, LLC
## Deposit Detail
### October 1 - 9, 2006

| Type | Date | Name | Account | Amount |
|---|---|---|---|---|
| Payment | 10/9/2006 | Carus Chemical Co... | Special Account | 16,717.23 |
| TOTAL | | | | 0.00 |
| Payment | 10/9/2006 | LCN Closers | Special Account | 440.64 |
| TOTAL | | | | 0.00 |

EXHIBIT
C

**Transaction History**

Product Name: REGULAR SAVINGS
Bank:         AMCORE Bank, N.A.
 Account Number:           981123672
 From Amount:                              To Amount:
 From Check No.:                           To Check No.:
 From Date:                                To Date:

| | | | |
|---|---|---|---|
| Posted Date: | 10/09/2006 | Sequence Number: | 0 |
| Batch Number: | 0 | Debit/Credit: | Credit |
| Source: | TELLER | Check Number: | |
| Amount: | $17,157.87 | Old Rate: | 0.0000 |
| Balance: | $17,157.87 | New Rate: | 0.0000 |
| Status: | | Reference Number: | 1 |
| EFT Description (1): | | | |
| EFT Description (2): | | | |
| Description: | MEMO CREDIT | | |
| Effective Date: | 00/00/0000 | Payment Date: | 00/00/0000 |
| CQ Posting Sequence: | 0 | Posting Sequence: | 0 |