# U.S. DISTRICT COURT
# FOR CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | | |
|---|---|---|
| CHEMTREAT, INC., a Virginia corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: 05-CV-1336 |
| GREGORY P. KINSMAN, and MICHELLE M. KINSMAN, individually and RHEMA ELPIS ENTERPRISES, LLC, | ) ) ) ) ) | |
| Defendants. | ) | |

## AGREED ORDER OF DISMISSAL

The parties hereto have stipulated that this case should be dismissed by reason of settlement.

IT IS ORDERED that this action is dismissed with prejudice pursuant to Rule 41(a)(2) with each party to bear its own costs. As a condition of this dismissal, the Court retains jurisdiction of this case to enforce compliance with the settlement agreement signed by Defendants on January 4, 2007 and by Plaintiff on February 1, 2007 (attached as Exhibit A); and the permanent injunction entered by the Court on February 16, 2007, which agreement and injunction are incorporated into the terms of this order as fully set forth herein. See, Kokkonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994).

IT IS FURTHER ORDERED that the Clerk forthwith serve copies of this order upon the attorneys for the parties appearing in this action.

By: s/ J. Kevin Wolfe
Attorney for Defendants, Gregory P. Kinsman and Michelle M. Kinsman, Individually and d/b/a Rhema Elpis Enterprise, LLC
HARVEY & STUCKEL, Chtd.
331 Fulton Street, Suite 650
Peoria, Illinois 61602
Telephone: (309) 671-4900
Facsimile: (309) 671-5473
E-mail: jkwolfe@hslaw.us

APPROVED AS TO CONTENT AND FORM:

By: S/ANDREW D. CASSIDY
Attorney for Plaintiff,
CHEMTREAT, INC.
CASSIDY & MUELLER
416 Main Street, Suite 323
Peoria, Illinois 61602
Telephone: (309) 676-0591
Facsimile: (309) 676-8036
E-mail: dcassidy@cassidymueller.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Andrew D. Cassidy    dcassidy@cassidymueller.com


By: s/ J. Kevin Wolfe
Attorney for Defendants, Gregory P. Kinsman and Michelle M. Kinsman, Individually and d/b/a Rhema Elpis Enterprise, LLC
HARVEY & STUCKEL, Chtd.
331 Fulton Street, Suite 650
Peoria, Illinois 61602
Telephone: (309) 671-4900
Facsimile: (309) 671-5473
E-mail: jkwolfe@hslaw.us

E-FILED
Friday, 23 February, 2007 11:03:38 AM
Clerk, U.S. District Court, ILCD

## SETTLEMENT AGREEMENT

This agreement is entered into by and between CHEMTREAT, INC. and RHEMA ELPIS ENTERPRISES, LLC, an Illinois Limited Liability Company and GREGORY KINSMAN and MICHELLE KINSMAN, individually.

Whereas, CHEMTREAT has alleged various acts of wrongdoing against GREGORY KINSMAN, MICHELLE KINSMAN and RHEMA ELPIS ENTERPRISES, LLC including, but not limited to, a breach of a contract of employment, intentional interference with contract and existing business relationships and breach of fiduciary duty, all of which is more particularly described in the following captioned litigation pending in the U.S. District Court for the Central District of Illinois:

| | |
|---|---|
| CHEMTREAT, INC. a Virginia corporation,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>GREGORY P. KINSMAN, MICHELLE M.  )<br>KINSMAN and RHEMA ELPIS  )<br>ENTERPRISES, LLC,  )<br>)<br>Defendants.  ) | Case No. 05 CV 1336 |

Whereas, the parties now desire to resolve the pending disputes and terminate the pending litigation;

NOW THEREFORE;

1.  GREGORY KINSMAN, MICHELLE KINSMAN and RHEMA ELPIS ENTERPRISES, LLC, jointly and severally, agree to pay, and CHEMTREAT agrees to accept, the total sum of $200,000.00 as full and final satisfaction of all claims raised.

2.  The settlement amount shall be paid as follows:

    a.  $40,000.00 to be paid upon execution of this Agreement.

   b. The balance of $160,000.00 to be paid in four equal annual installments of $40,000.00 each, together with interest accrued on each installment at 8.25% per annum. Said payments to be evidenced by a Promissory Note in essentially the form attached hereto to as Exhibit A.

  3. GREGORY KINSMAN, MICHELLE KINSMAN and RHEMA ELPIS ENTERPRISES, LLC further agree to the entry of a permanent injunction precluding any future business activity in competition with CHEMTREAT upon the same terms and conditions as the Preliminary Injunction currently in effect in the above referenced litigation.

  4. In the event of default of the terms of this Agreement or of the Promissory Note contemplated hereby, GREGORY KINSMAN, MICHELLE KINSMAN and RHEMA ELPIS ENTERPRISES, LLC authorize any attorney admitted to practice before any Court of record in the United States to confess judgment in any Court against GREGORY KINSMAN, MICHELLE KINSMAN and RHEMA ELPIS ENTERPRISES, LLC, jointly and severally, in the amount of $375,000.00 (less any installment principal payments made) plus all attorney's fees and costs of suit incurred in the underlying litigation as well as in enforcement of this Agreement and/or the confession of judgment. In furtherance hereof, GREGORY KINSMAN, MICHELLE KINSMAN and RHEMA ELPIS ENTERPRISES, LLC agree that venue will be proper in any Court which judgment is confessed and waive the benefit of any and every statute, ordinance, or rule of Court which may be lawfully waived conferring upon any of them any right or privilege of exemption, appeal, stay of execution or supplementary proceedings, or other relief from the enforcement or immediate enforcement of a judgment or related proceeding on said judgment. The authority and power granted by this clause will be continuance and will not be exhausted or extinguished by any one or more exercises or imperfect exercises or by any one or more judgments entered and may be exercised on one or more occasions and at times after default in the same or different Courts or jurisdictions as CHEMTREAT may consider necessary, convenient or proper.


In witness hereof, the undersigned have set their hands in seals this __4__ day of __January__, 2007.

_____  
GREGORY KINSMAN, Individually

_____  
CHEMTREAT, INC., a Virginia corporation, by its Authorized Representative

_____  
MICHELLE KINSMAN, Individually

_____  
RHEMA ELPIS ENTERPRISES, LLC,  
an Illinois limited Company, by  
MICHELLE KINSMAN, its  
Authorized Representative

STATE OF ILLINOIS )  
                 ) SS  
COUNTY OF PEORIA )

On this __4th__ day of __January__, 2007, before me, the undersigned, a NOTARY PUBLIC, in and for the said County and State, personally appeared GREGORY KINSMAN and MICHELLE KINSMAN, Individually and as Authorized Agent for RHEMA ELPIS ENTERPRISES, LLC, known to me to be the persons whose names are subscribed to the within document and acknowledged that they executed the same.

WITNESS MY HAND and official seal.

[OFFICIAL SEAL  
TONYA E. SPENCER  
NOTARY PUBLIC - STATE OF ILLINOIS  
MY COMMISSION EXPIRES JAN. 7, 2010]

_____  
Notary Public

STATE OF ILLINOIS )  
                 ) SS  
COUNTY OF PEORIA )

On this __1st__ day of __February__, 2007, before me, the undersigned, a NOTARY PUBLIC, in and for the said County and State, personally appeared an authorized representative of CHEMTREAT, INC. a Virginia corporation, __Anthony C. Azzarello__,

3

known to me to be the person whose name is subscribed to the within document and acknowledged that he/she executed the same.

WITNESS MY HAND and official seal.

_____
Notary Public

my commission expires 3/31/08.

4