# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

FILED
MAR - 9 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**CHEMTREAT INC**, a
Virginia Corporation

vs.

**GREGORY P. KINSMAN**, individually
and d/b/a REMA CHEMICALS;
**MICHELLE M. KINSMAN**, individually
and d/b/a REMA CHEMICALS;
**GREGORY P. KINSMAN**;
**MICHELLE M. KINSMAN**;
**RHEMA ELPIS ENTERPRISES LLC**, an
Illinois Limited Liability Corporation f/k/a
**RHEMA ENTERPRISES**

Case Number: **05-1336**

**DECISION BY THE COURT.** This action came before the Court and pursuant to the settlement agreement of the parties an order was entered on 3/8/7 dismissing the complaint pursuant to Rule 41(a); and issuing an injunction pursuant to Rule 65(d).

**IT IS ORDERED AND ADJUDGED** permanent injunction is entered in favor of Plaintiff and against Defendants, the terms of which are the same as the terms of the two restraining orders incorporated in the order. This court retains jurisdiction for enforcement of this order, plus costs of suit.

ENTER this 9thy of March, 2007.

JOHN M. WATERS, CLERK



s/ H. Kallister
BY: DEPUTY CLERK

~2216314.wpd